UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AF HOLDINGS, LLC, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SANDIPAN CHOWDHURY )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. _____ |

**CORPORATE PARTY DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through its attorney of record, hereby submits that AF Holdings LLC does not have a parent corporation that owns 10% or more of its stock.

                                                  Respectfully submitted,

                                                  AF Holdings, LLC,

DATED: September 27, 2012        By:    /s/ Daniel G. Ruggiero

                                                  Daniel G. Ruggiero, Esq.
                                                  P.O. Box 291
                                                  Canton, MA 02021
                                                  Telephone: (339) 237-0343
                                                  Fax: (339) 707-2808

                                                  *Attorney for Plaintiff*