

**Fw: Af holdings v chowdury**
Zita Lovett    to: Christine Dieter, Blair Komar          06/17/2013 11:18 AM

| | |
|---|---|
| From: | Zita Lovett/MAD/01/USCOURTS |
| To: | Christine Dieter/MAD/01/USCOURTS@USCOURTS, Blair Komar/MAD/01/USCOURTS@USCOURTS |
| History: | This message has been replied to. |

FYI


Zita Lovett
Courtroom Clerk to
The Honorable Joseph L. Tauro
617-748-9183

----- Forwarded by Zita Lovett/MAD/01/USCOURTS on 06/17/2013 11:17 AM -----

| | |
|---|---|
| From: | Dan Ruggiero <druggieroesq@gmail.com> |
| To: | "zita_lovett@mad.uscourts.gov" <zita_lovett@mad.uscourts.gov> |
| Date: | 06/17/2013 11:16 AM |
| Subject: | Af holdings v chowdury |

```
I have no objection to the motion for bond.  I will be filing a motion to
dismiss  plaintiffs claims against defendant shortly as well as a motion to
withdraw. Please confirm receipt. Thank you.


Sent from my iPhone
So please excuse typos
```