AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF MASSACHUSETTS

AF HOLDINGS, LLC

v.

SANDIPAN CHOWDHURY

**APPEARANCE**

CASE NUMBER: 1:12-cv-12105-JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant Sandipan Chowdhury.

6/17/2013
Date

*signature*
Signature

DAN BOOTH (BBO #672090)
Print Name

32R Essex Street
Address

Cambridge    MA    02139
City         State  Zip Code

617-250-8602
Phone Number