UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AF HOLDINGS, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 12-12105-JLT |
| | * | |
| SANDIPAN CHOWDHURY, | * | |
| | * | |
| Defendant. | * | |

ORDER

June 19, 2013

TAURO, J.

On June 17, 2013, this court held a hearing on all outstanding motions. Plaintiff failed to appear. The court clerk then called Plaintiff, who returned the call and informed the clerk that Plaintiff did not intend to appear. Plaintiff's counsel emailed the clerk with additional explanation, indicating that he had no objection to Defendant's Motion for Bond [#11] and planned to file both a motion to dismiss Plaintiff's claims and a motion to withdraw as counsel. Upon receipt of this email, the court proceeded with the hearing as scheduled.

After considering the parties' filings and Defendant's arguments at the hearing, this court hereby orders that:

1. Plaintiff's Motion to Strike Portions of Defendant's Counterclaims [#8] is DENIED.

2. Plaintiff's Motion to Dismiss Defendant's Counterclaims [#9] is DENIED for failure to appear to press its objections.

3. Defendant's Motion Requiring Plaintiff to Post Bond for Costs [#11] is ALLOWED as unopposed in light of Plaintiff's email to the court.

4. This court construes Plaintiff's email as a Motion to Dismiss its claims against Defendant. Plaintiff's Motion to Dismiss is ALLOWED.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge