# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AF HOLDINGS, LLC, | Civil Action No. 1:12-cv-12105-JLT |
| Plaintiff/Counterdefendant, | |
| v. | |
| SANDIPAN CHOWDHURY, | |
| Defendant/Counterplaintiff. | |

## REQUEST TO ENTER DEFAULT

Defendant/Counterplaintiff Sandipan Chowdhury, requests the Clerk to enter the default of Plaintiff/Counterdefendant AF Holdings, LLC. This request is made pursuant to Fed.R.Civ.P. 55(a). In support of this request, the Defendant says:

1. Plaintiff filed this action on November 13, 2012.
2. Defendant served Counterclaims on the Plaintiff on January 4, 2013.
3. Plaintiff filed a Motion to Dismiss Defendant's Counterclaims on January 28, 2013.
4. Plaintiff's Motion to Dismiss was denied on June 17, 2013.
5. Plaintiff has failed to Answer Defendant's Counterclaims within the time allotted under Rule 12(a)(1) of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant seeks the entry of Default in this matter.

Dated: July 10, 2013                Respectfully,


                                    /s/ Jason E. Sweet
                                    _____

                                    Jason E. Sweet (BBO# 668596)
                                    Email: jsweet@boothsweet.com
                                    BOOTH SWEET LLP
                                    32R Essex Street
                                    Cambridge, MA 02139
                                    Tel.: (617) 250-8602
                                    Fax: (617) 250-8883

                                    *Counsel for Sandipan Chowdhury*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 10, 2013, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

/s/ Jason E. Sweet
_____

Jason E. Sweet