UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AF HOLDINGS, LLC, | Civil Action No. 1:12-cv-12105-JLT |
| Plaintiff, | |
| v. | |
| SANDIPAN CHOWDHURY, | |
| Defendant. | |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION FOR PLAINTIFF

NOW COMES the undersigned counsel, pursuant to Rule 83.5.2(c) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for AF Holdings in this matter hereby request this Honorable Court to allow the undersigned to withdrawal as counsel of record for Plaintiff. In support thereof, the undersigned states the following:

1. There are several things that have come to light regarding Plaintiff and its related owners, officers and lawyers since counsel agreed to file and represent Plaintiff in this case.

2. For the sake of brevity, it is requested this Court read the Decision and Order of Hon. Otis D. Wright, II from the Central District of California (*Ingenuity 13 LLC v. John Doe*, 2:12-CV-8333-ODW(JCx)(attached hereto as Exhibit A) and the Order Granting Defendant's Motion for Attorney's Fees by Hon. Edward H. Chen (*AF Holdings LLC v. Joe Navasca*, C-12-2396-EMC) (attached hereto as Exhibit B).

3. The undersigned had absolutely no prior knowledge of any of the findings of Judge Wright and the additional findings of Judge Chen.



Allowed
/s/ Tauro J
8/20/13