UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AF HOLDINGS, LLC, ) | Civil Action No. 1:12-cv-12105-JLT |
| ) | |
| Plaintiff/Counterdefendant, ) | |
| v. ) | |
| ) | |
| SANDIPAN CHOWDHURY, ) | |
| ) | |
| Defendant/Counterplaintiff. ) | |
| ) | |

**REQUEST TO ENTER DEFAULT**

Defendant/Counterplaintiff Sandipan Chowdhury, requests the Clerk to enter the default of Plaintiff/Counterdefendant AF Holdings, LLC. This request is made pursuant to Fed.R.Civ.P. 55(a). In support of this request, the Defendant says:

1. Plaintiff filed this action on November 13, 2012.
2. Defendant served Counterclaims on the Plaintiff on January 4, 2013.
3. Plaintiff filed a Motion to Dismiss Defendant's Counterclaims on January 28, 2013.
4. Plaintiff's Motion to Dismiss was denied on June 17, 2013.
5. Plaintiff has failed to Answer Defendant's Counterclaims within the time allotted under Rule 12(a)(1) of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant seeks the entry of Default in this matter.

Dated: July 10, 2013                                      Respectfully,

/s/ Jason E. Sweet

Jason E. Sweet (BBO# 668596)
Email: jsweet@boothsweet.com
BOOTH SWEET LLP
32R Essex Street
Cambridge, MA 02139
Tel.: (617) 250-8602
Fax: (617) 250-8883

*Counsel for Sandipan Chowdhury*

Allowed
/ Tauro J.
8/29/13