# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**AF Holdings, LLC**

**Plaintiff**

**V.**

**Sandipan Chowdhury**

**Defendant**

**CIVIL ACTION**

**NO.1:12-cv-12105-JLT**

## NOTICE OF DEFAULT

Upon application of the Defendant, Sandipan Chowdhury for an order of Default for failure of the Plaintiff, AF Holdings, LLC, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 29th day of August, 2013.

ROBERT M. FARRELL
CLERK OF COURT

By:    /s/ C. Geraldino-Karasek

Deputy Clerk

**Notice mailed to: All Counsel of Record**