Steven James Goodhue (#029288)
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, AZ 85260
Telephone: (480) 214-9500
Facsimile: (480) 214-9501
E-Mail: sjg@sjgoodlaw.com

*Attorney for Plaintiff*
*AF Holdings, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DAVID HARRIS,<br><br>Defendant. | **CASE NO.: 2:12-CV-02144-PHX-GMS**<br><br><br>**NOTICE OF SERVICE** |

On November 13, 2012, our office served the Court's Order of October 19, 2012 (ECF No. 10) on Defendant David Harris via First-Class Mail. (*See* Declaration of Paul Duffy, attached hereto.) Plaintiff files this notice to comply with the Court's Order. (ECF No. 10 at 2).

Dated this 14th day of November, 2012

                                                      Law Offices of Steven James Goodhue

                                        By: /s/ Steven James Goodhue
                                            Steven James Goodhue (#029288)
                                            9375 East Shea Blvd., Suite 100
                                            Scottsdale, AZ 85260
                                            *Attorney for Plaintiff*

1

*AF Holdings, L.L.C.*

| | |
|---|---|
| 1 | Steven James Goodhue (#029288) |
| | Law Offices of Steven James Goodhue |
| 2 | 9375 East Shea Blvd., Suite 100 |
| | Scottsdale, AZ 85260 |
| 3 | Telephone: (480) 214-9500 |
| | Facsimile: (480) 214-9501 |
| 4 | E-Mail: sjg@sjgoodlaw.com |
| 5 | *Attorney for Plaintiff* |
| | *AF Holdings, L.L.C.* |

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company, | **CASE NO.: 2:12-CV-02144-PHX-GMS** |
| Plaintiff, | |
| v. | **DECLARATION OF PAUL DUFFY** |
| DAVID HARRIS, | |
| Defendant. | |

I, Paul A. Duffy, declare as follows:

1. I am national counsel for Plaintiff AF Holdings, L.L.C.

2. On November 13, 2012, our office served the Court's Order of October 19, 2012 (ECF No. 10) on Defendant David Harris via First-Class Mail.

Dated this 14th day of November, 2012.

By: *[signature: Paul A Duffy]*

Paul Duffy

1

From: "jsweet@boothsweet.com" <jsweet@boothsweet.com>
Subject: **Re: AF Holdings v. Chowdhury, 12-cv-12105 (D.Mass. 2012)**
Date: September 13, 2013 5:35:01 PM EDT
To: Paul Duffy <paulduffy2005@gmail.com>

1 Attachment, 13.2 KB



Thank you for confirming receipt.

On Sep 13, 2013, at 5:28 PM, Paul Duffy wrote:

> I am not counsel in this case. Please inform whomever is your opposing counsel.
>
> On Sep 13, 2013, at 4:25 PM, "jsweet@boothsweet.com" <jsweet@boothsweet.com> wrote:
>
>> Paul
>>
>> Attached please find copies of the Default Motion & Memorandum I will be filing in the above captioned case.
>>
>> Regards,
>> Jason
>>
>> <Default Memorandum 9-13.pdf>
>> <Motion for Default 9-13.pdf>
>>
>> Jason Sweet
>> Booth Sweet LLP
>> 32R Essex Street
>> Cambridge, MA 02139
>> T: (617) 250-8619
>> F: (617) 250-8883
>> www.boothsweet.com
>> www.facebook.com/BoothSweet
>>
>> This e-mail is from the law firm Booth Sweet LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments.
>>
>> <BoothSweet.pdf>

Jason Sweet
Booth Sweet LLP
32R Essex Street
Cambridge, MA 02139
T: (617) 250-8619
F: (617) 250-8883
www.boothsweet.com
www.facebook.com/BoothSweet

This e-mail is from the law firm Booth Sweet LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments.

BOOTH SWEET LLP