UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AF HOLDINGS, LLC, <br><br> Plaintiff/Counterdefendant, <br> v. <br><br> SANDIPAN CHOWDHURY, <br><br> Defendant/Counterplaintiff. | Civil Action No. 1:12-cv-12105-JLT |

**AFFIDAVIT OF JASON E. SWEET IN SUPPORT OF CHOWDHURY'S MOTION FOR DEFAULT JUDGMENT AGAINST AF HOLDINGS, LLC PURSUANT TO F.R.CIV.P. 55(B)2**

I, Jason E. Sweet, do hereby swear and say as follows:

1. I am a partner with the law firm of Booth Sweet LLP, which serves as counsel for the Counterplaintiff, Sandipan Chowdhury, in this case. I am 42 years old and competent to testify. I have personal knowledge of the matters stated in this affidavit and can and will truthfully testify as to those matters.

2. Attached to this affidavit are true and correct copies of the invoices reflecting the work I have performed through the month of September 2013 pertaining to counsel and investigation regarding alleged copyright infringement by Chowdhury; drafting and filing Counterclaims against AF Holdings; drafting and filing oppositions to motions to strike and dismiss Chowdhury's Counterclaims; drafting and filing a Motion for Bond; and defaulting AF Holdings.

3. My standard billing rate is $409.00 per hour. I devoted 53 hours to the matters pertaining to counsel and investigation regarding alleged copyright infringement by Chowdhury; drafting and filing Counterclaims against AF Holdings; drafting and filing oppositions to motions to strike and dismiss Chowdhury's Counterclaims; drafting and filing a Motion for Bond; and defaulting AF Holdings.

4. The total amount attorneys fees, costs and expenses incurred by my firm related to the matters pertaining to counsel and investigation regarding alleged copyright infringement by Chowdhury; drafting and filing Counterclaims against AF Holdings; drafting and filing oppositions to motions

to strike and dismiss Chowdhury's Counterclaims; drafting and filing a Motion for Bond; and defaulting AF Holdings in this case total $21,393.60.

_____
Jason E. Sweet

On September 13, 2013, before me, _Lydia Placid-Brooks_, Notary Public, personally appeared Jason Sweet, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person or the entity upon behalf of which that person acted, executed the instrument.

WITNESS my hand and official seal:

LYDIA PLACID-BROOKS
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires May 25, 2018

# BOOTH SWEET LLP

32R Essex Street  Cambridge, MA 02139
**Phone**: 617.250.8602 | **Fax**: 617.250.8883

|  | ACCOUNT STATEMENT | |
|---|---|---|
| **Prepared for:** **Sandipan Chowdhury** | Previous Invoice Amount | $0.00 |
| | Last Payment Received | $0.00 |
| | Previous Balance | $0.00 |
| RE: **AF Holdings:12-cv-12105-JLT** | Current Charges | $21,393.60 |
| | Total Due | $21,393.60 |

# BOOTH SWEET LLP

32R Essex Street  Jamaica Plain, MA 02139
**Phone**:  | **Fax**:

|  | | INVOICE |
|---|---|---:|
| **Sandipan Chowdhury** | **Invoice Date** | September 13, 2013 |
|  | **Invoice Number** | Pre-bill |
|  | **Invoice Amount** | $21,393.60 |

**Matter:** AF Holdings:12-cv-12105-JLT

| | | | | **Attorney's Fees** |
|---|---|---|---:|---:|
| **11/26/2012** | Review of complaint regarding details of infringement and case; analysis of evidence presented and attachments | J.S. | 0.90 | $368.10 |
| **11/30/2012** | Consult with Chowdhury: action filed, but not served yet; outline options at this stage. | J.S. | 0.20 | $81.80 |
| **11/30/2012** | Call Chowdhury: discuss litigation strategy at this stage. | J.S. | 0.30 | $122.70 |
| **12/1/2012** | Correspond with Ruggiero: waiver of service | J.S. | 0.10 | $40.90 |
| **12/3/2012** | Correspond with Chowdhury: discuss terms of representation; draft agreement; inform of request to waive service | J.S. | 0.50 | $204.50 |
| **12/12/2012** | Correspond with Ruggiero: receipt & review or service waivers; confirm effective date | J.S. | 0.60 | $245.40 |
| **1/2/2013** | Preparation for and drafting of the answer and counterclaims; review recent in other cases brought by the Plaintiff; begin drafting complaint including identification of parties; background and facts; and draft counts | J.S. | 3.20 | $1,308.80 |

| | | | | |
|---|---|---|---|---|
| 1/4/2013 | Correspond with Chowdhury: inform of service being effectuated; discuss litigation strategy | J.S. | 0.40 | $163.60 |
| 1/4/2013 | Further work on counterclaims; revise counterclaims after review by partner; add exhibits of Sunlust transcript and affidavit of Cooper | J.S. | 1.10 | $449.90 |
| 1/4/2013 | File answer, counterclaims and waiver of service | J.S. | 0.40 | $163.60 |
| 1/21/2013 | Legal research of local rules regarding undertakings and applicable case law; drafting of Motion for Bond | J.S. | 3.40 | $1,390.60 |
| 1/23/2013 | Receipt and review of Motion to Strike Chowdhury's Counterclaims; consult with partner | J.S. | 0.60 | $245.40 |
| 1/24/2013 | Further legal research of applicable case law; drafting of Motion for Bond; collect exhibits | J.S. | 4.30 | $1,758.70 |
| 1/25/2013 | Further work on Motion for Bond; create glossary of interrelated parties | J.S. | 1.20 | $490.80 |
| 1/28/2013 | Receipt and review of Motion to Dismiss Chowdhury's Counterclaims; analysis of grounds; consult with partner | J.S. | 0.70 | $286.30 |
| 1/28/2013 | Legal research and drafting of Opposition to Motion to Strike | J.S. | 2.90 | $1,186.10 |
| 1/29/2013 | Further work on Opposition to Motion to Strike; make final edits; file | J.S. | 1.20 | $490.80 |
| 1/29/2013 | Legal research regarding assignment/ standing | J.S. | 0.80 | $327.20 |
| 1/30/2013 | Further work on Motion for Bond; revise after review by partner; final edits and file | J.S. | 1.40 | $420.00 |
| 2/5/2013 | Legal research and drafting of Opposition to Motion to Strike | J.S. | 4.40 | $1,799.60 |
| 2/6/2013 | Further legal research and drafting of Opposition to Motion to Dismiss; final edits; file | J.S. | 1.90 | $777.10 |
| 2/12/2013 | Receipt and review of Opposition to Bond; analysis of argument | J.S. | 0.70 | $286.30 |
| 3/8/2013 | Draft email to Ruggiero inquiring intentions with case in light of Judge Wright's Order | J.S. | 0.20 | $81.80 |
| 3/9/2013 | Receipt and review of proposed dismissal terms from Ruggiero | J.S. | 0.30 | $122.70 |
| 3/28/2013 | Receipt and review of proposed dismissal terms from Ruggiero | J.S. | 0.20 | $81.80 |

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 5/8/2013 | Legal research and drafting of Motion for Judicial Notice | J.S. | 1.00 | $409.00 |
| 6/10/2013 | Receipt and review of proposed dismissal terms from Ruggiero; inform Ruggiero Rule 41 motion required | J.S. | 0.20 | $81.80 |
| 6/17/2013 | Attend Motions Hearing | J.S. | 1.20 | $360.00 |
| 7/10/2013 | Legal research and drafting of Request for Default | J.S. | 0.50 | $204.50 |
| 8/13/2013 | Draft email to Duffy regarding civil contempt of Bond Order | J.S. | 0.20 | $81.80 |
| 8/14/2013 | Receipt and review of Motion to Withdraw | J.S. | 0.40 | $163.60 |
| 8/20/2013 | Receipt and review of Order granting Withdrawal | J.S. | 0.10 | $40.90 |
| 8/29/2013 | Receipt and review of Default Orders and Notice | J.S. | 0.30 | $122.70 |
| 9/2/2013 | Legal research and drafting of Motion for Civil Contempt | J.S. | 3.90 | $1,595.10 |
| 9/3/2013 | Further legal research and drafting of Motion for Civil Contempt | J.S. | 2.20 | $899.80 |
| 9/11/2013 | Legal research and drafting of Motion for Default judgement | J.S. | 2.70 | $1,104.30 |
| 9/13/2013 | Further legal research and drafting of Motion for Default judgement | J.S. | 3.30 | $1,349.70 |
| 9/13/2013 | Further legal research and drafting of Motion for Default judgement and civil contempt; final edits; affidavit notarized; send copies to AF Holdings; file | J.S. | 5.10 | $2,085.90 |
| **SUBTOTAL** | | | **53.00** | **$21,393.60** |

| | Costs |
|---|---|
| **SUBTOTAL** | **$0.00** |

| **Invoice Summary** | |
|---|---|
| TOTAL | $21,393.60 |
| PREVIOUS BALANCE DUE | $0.00 |
| **CURRENT BALANCE DUE AND OWING** | **$21,393.60** |