UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AF HOLDINGS, LLC, )<br>)<br>Plaintiff/Counterdefendant, )<br>v. )<br>)<br>SANDIPAN CHOWDHURY, )<br>)<br>Defendant/Counterplaintiff. )<br>) | Civil Action No. 1:12-cv-12105-JLT |

**MOTION FOR FINAL APPROVAL OF FORM OF DEFAULT JUDGMENT**

Defendant Sandipan Chowdhury Moves respectfully requests that this Court, in conjunction with its September 30, 2013 order granting default, direct the entry of final judgment for Defendant and approve and enter judgment in the form attached hereto.

This action was commenced on November 13, 2012 by the filing of the Summons and Complaint, copies of which having been personally served on the Defendant Sandipan Chowdhury on January 4, 2013.

On January 4, 2013, the Defendant filed and served his Answer and Counterclaims upon the Plaintiff.

On January 30, 2013, the Defendant filed a motion for bond in the amount of $60,000. This bond was later granted, but never paid.

On May 6, 2013, Plaintiff AF Holdings, LLC was found to be an alias of its counsel, Prenda Law, Inc., its principals, attorneys John L. Steele, Paul A. Duffy and Paul R. Hansmeier, and its paralegal, Mark Lutz (collectively, "Plaintiff"). *See, e.g.* ECF No. 22-2.

On June 17, 2013, the Court held a hearing on all outstanding motions for which the Plaintiff did not appear. The Court issued an Order on June 19, 2013 granting Defendant's motion for bond; denying Plaintiff's motions; and dismissing the Plaintiff's claims.

On July 10, 2013, Defendant filed for entry of default for Plaintiff's failure to answer the counterclaims. The Court granted the Default on September 30, 2013.

**WHEREFORE**, it is respectfully requested that based upon Defendant's Motion and Memorandum for Default Judgment, the docket as a whole, and good cause appearing therefore, that:

1. Plaintiff's claims against Defendant, including members of his household, are dismissed with prejudice;

2. Defendant is entitled to the relief demanded in his Counterclaims;

3. Defendant is entitled to his attorney's fees and costs to be trebled pursuant to M.G.L. c. 93(A) §9;

4. Plaintiff AF Holdings, LLC, Prenda Law, Inc., John L. Steele, Paul A. Duffy, Paul R. Hansmeier and Mark Lutz be jointly and severally liable for Defendant's damages, including attorney's fees and costs; and.

5. Defendant is allowed limited discovery for purposes of determining the location and control Plaintiff's assets.

Dated: October 17, 2013

Respectfully,

/s/Jason E. Sweet
Jason E. Sweet (BBO# 668596)
BOOTH SWEET LLP
32R Essex Street
Cambridge, MA 02139
Tel.: (617) 250-8619
Fax: (617) 250-8883
Email: jsweet@boothsweet.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2013, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

/s/ Jason E. Sweet
Jason E. Sweet