UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AF HOLDINGS, LLC, | Civil Action No. 1:12-cv-12105-JLT |
| Plaintiff/Counterdefendant, | |
| v. | |
| SANDIPAN CHOWDHURY, | |
| Defendant/Counterplaintiff. | |

**MOTION FOR FINAL APPROVAL OF FORM OF DEFAULT JUDGMENT**

Defendant Sandipan Chowdhury Moves respectfully requests that this Court, in conjunction with its September 30, 2013 order granting default, direct the entry of final judgment for Defendant and approve and enter judgment in the form attached hereto.

This action was commenced on November 13, 2012 by the filing of the Summons and Complaint, copies of which having been personally served on the Defendant Sandipan Chowdhury on January 4, 2013.

On January 4, 2013, the Defendant filed and served his Answer and Counterclaims upon the Plaintiff.

On January 30, 2013, the Defendant filed a motion for bond in the amount of $60,000. This bond was later granted, but never paid.

On May 6, 2013, Plaintiff AF Holdings, LLC was found to be an alias of its counsel, Prenda Law, Inc., its principals, attorneys John L. Steele, Paul A. Duffy and Paul R. Hansmeier, and its paralegal, Mark Lutz (collectively, "Plaintiff"). *See, e.g.* ECF No. 22-2.

On June 17, 2013, the Court held a hearing on all outstanding motions for which the Plaintiff did not appear. The Court issued an Order on June 19, 2013 granting Defendant's motion for bond; denying Plaintiff's motions; and dismissing the Plaintiff's claims.

On July 10, 2013, Defendant filed for entry of default for Plaintiff's failure to answer the counterclaims. The Court granted the Default on September 30, 2013.

**WHEREFORE**, it is respectfully requested that based upon Defendant's Motion and Memorandum for Default Judgment, the docket as a whole, and good cause appearing therefore, that:

*Allowed*

*J Tauro J J*
*10/22/13*