UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AF HOLDINGS, LLC,<br><br>      Plaintiff,<br>v.<br><br>SANDIPAN CHOWDHURY,<br><br>      Defendant. | Civil Action No. 1:12-cv-12105-JLT |

## JOHN STEELE'S MOTION TO SET ASIDE DEFAULT JUDGMENT

Pursuant to Fed. R. Civ. P. 60(b), non-party John Steele respectfully asks that the Court vacate the Default Judgment as void. The Default Judgment is void because Steele was never designated as a party to the action or served with process. Further, the Court erred as a matter of law in entering judgment for the amount that counter-Plaintiff Sandipan Chowdhury demanded, absent evidence that it was an appropriate measure of damages. Finally, the Default Judgment should be vacated under Rule 60(b)(3).

Respectfully submitted,

DATED: November 5, 2013

By: _/s/ John Steele_

John Steele
1111 Lincoln Road, Suite 400
Miami Beach, FL 33139
(786) 571-8131
*Pro se*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 5, 2013, all individuals of record where served with a true and correct copy via U.S. Mail of the foregoing documents, and all attachments and related documents.

_____
John Steele