UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AF HOLDINGS, LLC, <br><br> Plaintiff, <br> v. <br><br> SANDIPAN CHOWDHURY, <br><br> Defendant. | Civil Action No. 1:12-cv-12105-JLT |

## PAUL HANSMEIER'S MOTION TO SET ASIDE DEFAULT JUDGMENT

Pursuant to Fed. R. Civ. P. 60(b), non-party Paul Hansmeier respectfully asks that the Court vacate the Default Judgment as void. The Default Judgment is void because Hansmeier was never designated as a party to the action or served with process. Further, the Court erred as a matter of law in entering judgment for the amount that counter-Plaintiff Sandipan Chowdhury demanded, absent evidence that it was an appropriate measure of damages. Finally, the Default Judgment should be vacated under Rule 60(b)(3).

Respectfully submitted,

DATED: November 5, 2013

By: /s/ Paul Hansmeier

Paul Hansmeier
Class Justice PLLC
100 5th Ave. S. Ste. 1900
Minneapolis, MN 55402
612-234-5744
mail@classjustice.org
*Pro se*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 5, 2013, all individuals of record who are deemed to have consented to electronic service are being served true and correct copy of the foregoing documents, and all attachments and related documents, using the Court's ECF system.

/s/ Paul Hansmeier