From: Paul Duffy <paulduffy2005@gmail.com>
Subject: **Re: AF Holdings v Chowdhury, 12-cv-12105-JLT; AF Holdings v. Eliott Olivas, 12-cv-01401-JBA**
Date: August 14, 2013 9:01:23 AM EDT
To: "jsweet@boothsweet.com" <jsweet@boothsweet.com>

Mr. Sweet - neither  I nor any firm I have been associated with is counsel in the matters you mention. Please communicate with counsel in those cases.

Sent from my iPhone

On Aug 13, 2013, at 4:09 PM, "jsweet@boothsweet.com" <jsweet@boothsweet.com> wrote:

> Paul
>
> As you may know, I have moved for default against your client, AF Holdings, in the two above-captioned cases for failure to answer my client's counterclaims.
>
> I also intend to file for civil contempt in the Chowdhury matter for AF Holdings failure to comply with the judge's order that it post bond in the amount of $60,000. I am writing to you to give you an opportunity to post said bond before I file anything, or to at least open a dialogue on the issue.
>
> Regards,
> Jason
>
>
>
> Jason Sweet
> Booth Sweet LLP
> 32R Essex Street
> Cambridge, MA 02139
> T: (617) 250-8619
> F: (617) 250-8883
> www.boothsweet.com
> www.facebook.com/BoothSweet
>
> This e-mail is from the law firm Booth Sweet LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments.
>
> <BoothSweet.pdf>

From:  Paul Duffy <paulduffy2005@gmail.com>
Subject:  **Re: AF Holdings v Chowdhury, 12-cv-12105-JLT; AF Holdings v. Eliott Olivas, 12-cv-01401-JBA**
Date:  August 14, 2013 6:32:32 PM EDT
To:  "jsweet@boothsweet.com" <jsweet@boothsweet.com>

My business address is fine. Thanks

Sent from my iPhone

On Aug 14, 2013, at 9:07 AM, "jsweet@boothsweet.com" <jsweet@boothsweet.com> wrote:

> Paul
>
> What mailing address should I use?
>
> Regards,
> Jason
>
>
> On Aug 14, 2013, at 10:05 AM, Paul Duffy wrote:
>
>> Also - please note that I do not accept service of documents by email. Thanks.
>>
>>
>> On Aug 13, 2013, at 4:09 PM, "jsweet@boothsweet.com" <jsweet@boothsweet.com> wrote:
>>
>>> Paul
>>>
>>> As you may know, I have moved for default against your client, AF Holdings, in the two above-captioned cases for failure to answer my client's counterclaims.
>>>
>>> I also intend to file for civil contempt in the Chowdhury matter for AF Holdings failure to comply with the judge's order that it post bond in the amount of $60,000. I am writing to you to give you an opportunity to post said bond before I file anything, or to at least open a dialogue on the issue.
>>>
>>> Regards,
>>> Jason
>>>
>>>
>>>
>>> Jason Sweet
>>> Booth Sweet LLP
>>> 32R Essex Street
>>> Cambridge, MA 02139
>>> T: (617) 250-8619
>>> F: (617) 250-8883
>>> www.boothsweet.com
>>> www.facebook.com/BoothSweet
>>>
>>> This e-mail is from the law firm Booth Sweet LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments.
>>>
>>>
>>> <BoothSweet.pdf>

Jason Sweet
Booth Sweet LLP
32R Essex Street
Cambridge, MA 02139

T: (617) 250-8619
F: (617) 250-8883
www.boothsweet.com
www.facebook.com/BoothSweet

This e-mail is from the law firm Booth Sweet LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments.

<BoothSweet.pdf>