

**From:** "jsweet@boothsweet.com" <jsweet@boothsweet.com>
**Subject:** **Re: AF Holdings v. Chowdhury, 12-cv-12105 (D.Mass. 2012)**
**Date:** September 13, 2013 5:30:35 PM EDT
**To:** Paul Duffy <paulduffy2005@gmail.com>

▶   1 Attachment, 13.2 KB

Paul

Your local counsel withdrew a few weeks ago, and you're on record as national counsel for AF Holdings.

Regards,
Jason


On Sep 13, 2013, at 5:28 PM, Paul Duffy wrote:

> I am not counsel in this case. Please inform whomever is your opposing counsel.
>
> On Sep 13, 2013, at 4:25 PM, "jsweet@boothsweet.com" <jsweet@boothsweet.com> wrote:
>
>> Paul
>>
>> Attached please find copies of the Default Motion & Memorandum I will be filing in the above captioned case.
>>
>> Regards,
>> Jason
>>
>> <Default Memorandum 9-13.pdf>
>> <Motion for Default 9-13.pdf>
>>
>>
>> Jason Sweet
>> Booth Sweet LLP
>> 32R Essex Street
>> Cambridge, MA 02139
>> T: (617) 250-8619
>> F: (617) 250-8883
>> www.boothsweet.com
>> www.facebook.com/BoothSweet
>>
>> This e-mail is from the law firm Booth Sweet LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments.
>>
>>
>> <BoothSweet.pdf>


Jason Sweet
Booth Sweet LLP
32R Essex Street
Cambridge, MA 02139
T: (617) 250-8619
F: (617) 250-8883
www.boothsweet.com
www.facebook.com/BoothSweet

This e-mail is from the law firm Booth Sweet LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments.

BOOTH SWEET LLP

**From:** Paul Duffy <paulduffy2005@gmail.com>
**Subject:** Re: AF Holdings v. Chowdhury, 12-cv-12105 (D.Mass. 2012)
**Date:** September 13, 2013 7:42:25 PM EDT
**To:** "jsweet@boothsweet.com" <jsweet@boothsweet.com>

I am not counsel in this case. The only person that I know who claims to be "national counsel" for AF Holdings is Brett Gibbs, whom I understand is on the EFF payroll so you should be able to contact him readily.

As i have informed you, I decline to accept service by email. I have placed you in my "spam" filter. Have a blessed weekend.

On Sep 13, 2013, at 4:35 PM, "jsweet@boothsweet.com" <jsweet@boothsweet.com> wrote:

> Thank you for confirming receipt.
>
>
> On Sep 13, 2013, at 5:28 PM, Paul Duffy wrote:
>
>> I am not counsel in this case. Please inform whomever is your opposing counsel.
>>
>> On Sep 13, 2013, at 4:25 PM, "jsweet@boothsweet.com" <jsweet@boothsweet.com> wrote:
>>
>>> Paul
>>>
>>> Attached please find copies of the Default Motion & Memorandum I will be filing in the above captioned case.
>>>
>>> Regards,
>>> Jason
>>>
>>> <Default Memorandum 9-13.pdf>
>>> <Motion for Default 9-13.pdf>
>>>
>>>
>>> Jason Sweet
>>> Booth Sweet LLP
>>> 32R Essex Street
>>> Cambridge, MA 02139
>>> T: (617) 250-8619
>>> F: (617) 250-8883
>>> www.boothsweet.com
>>> www.facebook.com/BoothSweet
>>>
>>> This e-mail is from the law firm Booth Sweet LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments.
>>>
>>>
>>> <BoothSweet.pdf>


Jason Sweet
Booth Sweet LLP
32R Essex Street
Cambridge, MA 02139
T: (617) 250-8619
F: (617) 250-8883
www.boothsweet.com
www.facebook.com/BoothSweet

This e-mail is from the law firm Booth Sweet LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-

> mail and any attachments.
>
> <BoothSweet.pdf>