## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
AF HOLDINGS, LLC,                       )       Civil Action No. 1:12-cv-12105-JLT
                                        )
        Plaintiff/Counterdefendant,     )
v.                                      )
                                        )
SANDIPAN CHOWDHURY,                     )
                                        )
        Defendant/Counterplaintiff.     )
_____         )

I, Jason E. Sweet, do hereby swear and say as follows:

1.  I am an attorney at law licensed to practice before the Courts of the State of Massachusetts and
    the First Circuit, among others. I am a partner in the law firm of Booth Sweet LLP, attorneys for
    Defendant Sandipan Chowdhury ("Chowdhury"). Unless otherwise stated, I have personal
    knowledge of the following facts and, if called and sworn as a witness, could and would
    competently testify thereto.

### I. NOTICE VIA ECF

2.  On July 10, 2013, Chowdhury filed a Request for Notice of Default. ECF No. 21.

3.  This Request was served on all parties via the ECF system, including Prenda Law's ("Prenda")
    local counsel at the time, Daniel Ruggiero ("Ruggiero").

4.  In addition, Ruggiero has stated "I added firm email addresses onto any ECF notices and
    pleadings that allowed Prenda and Livewire to know everything going on within the docket of
    each case." *See*, *Exhibit B* ¶13.

### II. NOTICE VIA EMAIL

5.  On August 13, 2013 I emailed Paul Duffy ("Duffy"), Prenda's "sole principal" and AF
    Holdings' ("AFH") "national counsel", regarding the Request for Notice of Default filed in
    *Chowdhury* and *Olivas,* and to inquire why bond had not yet been posted in *Chowdhury* per the
    Court's Order. *See*, *Exhibit G*.

6.  I sent the email to the following known addresses Duffy had given in pending federal litigation,
    including this matter.:

a) paduffy@pduffygroup.com

b) paduffy@wefightpiracy.com

c) docket@wefightpiracy.com

4. The email sent to Duffy at the address identified in ¶6(a) bounced back as undeliverable. *Id.*

5. I received an automatic reply to the email sent to Duffy at the address identified in ¶6(b), stating the account was "no longer active."

6. I received no confirmation for the email sent to the address identified in ¶6(c).

7. I sent the email once again, this time to an address provided by Attorney Paul Godfread. The address was one given by Duffy in pending federal litigation in Minnesota— paulduffy2005@gmail.com.

8. That evening I received an email from Prenda's former local counsel, Ruggiero, inquiring if I had a valid email address for Duffy as he was unable to contact Duffy or anyone else associated with Prenda. I gave him the one provided by Attorney Godfread.

9. On August 14, 2013, I received responses to the address identified in ¶7 wherein Duffy stated:

a) "neither I nor any firm I have been associated with is counsel in the matters [*Chowdhury* and *Olivas*] you mention"; and

b) I "do not accept service of documents by email".

10. On September 13, 2013, I once again emailed Duffy at the address identified in ¶7. I notified Duffy of my intention to file a Motion for Default Judgment. I attached copies of the Motion [ECF No. 28] and supporting Memorandum [ECF No. 29] that were filed later that day with the Court.

11. That same evening, but after I had filed the Motion and Memorandum I received a response from Duffy stating:

a) "I am not counsel in this case."

b) "I decline to accept service by email."

c) "I have placed you in my "spam" filter."

### III. NOTICE VIA CERTIFIED MAILINGS

12. On September 13, 2013, I personally prepared and mailed copies of the Motion for Default Judgment (ECF No. 28), the Memorandum in Support of Default (ECF No. 29), Exhibit A (ECF No. 29-1) and Exhibit B (ECF No. 29-2) to AFH, Prenda, Duffy, John Steele ("Steele"), Paul Hansmeier ("Hansmeier"), and Mark Lutz ("Lutz") via certified mail with a return receipt to the following known addresses:

    a) AF Holdings LLC, c/o Mark Lutz, 910 West Avenue, #1014, Miami Beach, FL 33139;

    b) Prenda Law, Inc., c/o Paul Duffy, 161 N. Clark Street, Suite 3200, Chicago, IL 60601;

    c) John L. Steele, 1111 Lincoln Road, Suite 400, Miami Beach, FL 33139;

    d) Class Justice PLLC, c/o Paul Hansmeier, 100 South 5th Street, Suite 1900, Minneapolis, MN 55402;

    e) Class Action Justice Institute PLLC, c/o Paul Hansmeier, 900 IDS Center, 80 South 8th Street, Minneapolis, MN 55402;

    f) Duffy Law Group LLC, c/o Paul A. Duffy, 2 N. LaSalle Street, 13th Floor, Chicago, IL 60602; and

    g) Mark Lutz, 2100 M Street Northwest, Suite 170-417, Washington, D.C. 20037.

13. A true and correct copy of the respective receipts for the mailing described in paragraph twelve is annexed hereto.

14. The address for AFH identified in ¶12(a) was the address given by AFH in this matter.

15. The address for Prenda identified in ¶12(b) was the address given by Prenda in its corporate filings with the Illinois Secretary of State.

16. The address for Steele identified in ¶12(c) was given as his current mailing address in pending federal litigation, including this matter. It is also the business address on record with the Florida Secretary of State for Prenda.

17. The address for Hansmeier identified in ¶12(d) was the address given by Hansmeier in corporate filings with the Minnesota Secretary of State.

18. The address for Hansmeier identified in ¶12(e) was the address given by Hansmeier in corporate filings with the Minnesota Secretary of State.

19. The address for Duffy identified in ¶12(f) was the address given by Duffy as his current mailing address in pending federal litigation, including this matter.

20. The address for Lutz identified in ¶12(g) was the address identified by Steele as his current mailing address in pending federal litigation. It is also the address for LiveWire Holdings.

## IV. CONFIRMED DELIVERIES

21. I received a return receipt evidencing successful delivery of the mailing to Steele, at 1111 Lincoln Rd., Suite 400, Miami Beach, FL 33139. A copy of the receipt is annexed hereto.

22. I received a return receipt evidencing successful delivery of the mailing to Hansmeier, at Class Justice PLLC, c/o Paul Hansmeier, 100 South 5th Street, Suite 1900, Minneapolis, MN 55402. A copy of the receipt is annexed hereto.

23. I received a return receipt evidencing successful delivery of the mailing to Duffy, at Duffy Law Group LLC, c/o Paul A. Duffy, 2 N. LaSalle Street, 13th Floor, Chicago, IL 60602. A copy of the receipt is annexed hereto.

24. The mailings to the addresses identified for: AFH in ¶12(a); Prenda in ¶12(b); Hansmeier in ¶12(d); and Lutz in ¶12(g) were all returned unopened to my office.

25. Given that Hansmeier, Steele and Duffy each claim to have received only the motion for default judgment (ECF No. 28), I opened the returned mailing addressed to Hansmeier and confirmed copies of the Motion for Default Judgment (ECF No. 28), the Memorandum in Support of Default (ECF No. 29), Exhibit A (ECF No. 29-1) and Exhibit B (ECF No. 29-2) were all included in the mailings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 22, 2013

Jason E. Sweet

On November 22, 2013, before me, _Tory Khalel_, Notary Public, personally appeared Jason E. Sweet, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person or the entity upon behalf of which that person acted, executed the instrument.

WITNESS my hand and official seal:

Tory Khalel    My Commission Expires 9/23/2016,

# U.S. Postal Service™
# CERTIFIED MAIL™ RECEIPT
## (Domestic Mail Only; No Insurance Coverage Provided)

### For delivery information visit our website at www.usps.com®

OFFICIAL USE

MIAMI BEACH FL 33139

| | | |
|---|---|---|
| Postage | $ | $1.52 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.17 |

0109
34
Postmark Here

SEP 13 2013

09/13/2013

Sent To  _Steele_

Street, Apt. No.; or PO Box No.  _1111 Lincoln Rd Ste 400_

City, State, ZIP+4  _Miami Beach FL 33139_

PS Form 3800, August 2006            See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Steele
1111 Lincon Rd.
Suite 400
Miami Beach, FL
33139

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Y. Hernandz   4/9

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number

7012 3050 0000 7250 0798

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
### (Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

MINNEAPOLIS MN 55402

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $1.52 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.17 |

Postmark Here

09/13/2013

Sent To
PAUL HANSMEIER

Street, Apt. No.; or PO Box No.
900 105 80 booth 5 1st St

City, State, ZIP+4
Minneapolis, Minn 55402

PS Form 3800, August 2006        See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paul Hansmeier
900 IDS Center
80 South 8th St
Minneapolis, MN 55402

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Mary B Mackenzie  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number

7012 3050 0000 7250 0743

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



**U.S. Postal Service™**

**CERTIFIED MAIL™ RECEIPT**

*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

CHICAGO IL 60602

| | | | |
|---|---|---|---|
| Postage | $ | $1.52 | 0109 |
| Certified Fee | | $3.10 | 34 Postmark Here |
| Return Receipt Fee (Endorsement Required) | | $2.55 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $7.17 | 09/13/2013 |

SEP 13 2013

Sent To   Duffy

Street, Apt. No.; or PO Box No.   2. N. LaSalle St 13th Flr

City, State, ZIP+4   Chicago IL 60602

PS Form 3800, August 2006                 See Reverse for Instructions

0774 7250 0000 3050 7072

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PAUL DUFFY
2 N. LaSalle St.
13TH Floor

Chicago, IL 60602

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

x [signature]

☐ Agent
☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number

7012 3050 0000 7250 0774

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

MIAMI BEACH FL 33139

| | | |
|---|---|---|
| Postage | $ | $1.52 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.17 |

0109
34

Postmark Here

FORT POINT BOSTON
SEP 13 2013
USPS

09/13/2013

Sent To _AF Holdings c/o Mark Lutz_

Street, Apt. No.; or PO Box No. _910 West Ave #104_

City, State, ZIP+4 _Miami Beach, FL 33139_

PS Form 3800, August 2006                    See Reverse for Instructions

7072 3050 0000 7250 0750

**BOOTH SWEET LLP**
32R Essex St Studio 1A
Cambridge, MA 02139

CERTIFIED MAIL™

7012 3050 0000 7250 0750




U.S. POSTAGE
PAID
BOSTON,MA
02205
SEP 13, '13
AMOUNT

$7.17

1000    33139    00090213-34

NAME ~~~~~~~~~
FIRST NOTICE

AF Holdings, LLC
c/o Mark Lutz
910 West Ave #1014
Miami Beach, FL 33139
09/25/13

NIXIE    331391491-1N

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
RETURN TO SENDER

NAME
FIRST NOTICE
SECOND NOTICE
RETURN



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AF Holdings LLC
c/o Mark Lutz
910 West Ave
#1014
Miami Beach, FL 33139

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7012 3050 0000 7250 0750

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
### (Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

CHICAGO IL 60601

| | | |
|---|---|---|
| Postage | $ | $1.52 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.17 |

0109

34 Postmark Here

SEP 13 2013

09/13/2013

Sent To
PRENDA

Street, Apt. No.;
or PO Box No. 161 N Clark St. Ste 3200

City, State, ZIP+4 Chicago IL 60601

PS Form 3800, August 2006          See Reverse for Instructions

7012 3050 0000 7250 0804





BOOTH SWEET LLP

32R ESSEX ST STUDIO 1A
CAMBRIDGE, MA 02139

7012 3050 0000 7250 0804

U.S. POSTAGE
PAID
BOSTON, MA
02205
SEP 13 13
AMOUNT
$7.17
1000 60601 00090213-34

UNITED STATES POSTAL SERVICE

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Prenda Law
161 N. Clark St
Suite 3200
Chicago, IL 60601

7012 3050 0000 7250 0804

PS Form 3811, February 2004          Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail        ☐ Express Mail
☐ Registered            ☐ Return Receipt for Merchandise
☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)             ☐ Yes

Prenda Law

NIXIE        606013050-1N        09/26/13

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

MINNEAPOLIS MN 55402

| | | |
|---|---|---|
| Postage | $ | $1.52 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.17 |

0109

SEP 13 2013   Postmark Here

09/13/2013

Sent To  *HANS*

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006                    See Reverse for Instructions

7250 0000 3050 2702

0781



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PAUL HANSMEIER
100 South 5th St.
Suite 1900
Minneapolis, MN 55402

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _(signature)_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7012 3050 0000 7250 0781

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

BOOTH SWEET LLP

32R ESSEX ST STUDIO 1A
CAMBRIDGE, MA 02139



7012 3050 0000 7250 0781



U.S. POSTAGE
PAID
BOSTON,MA
02205
SEP 13 '13
AMOUNT
$7.17
00090213-34

1000    55402



PAUL HARSMIOR
100

RETURN TO SENDER
NOT AT THIS ADDRESS

...lis, MN 55402



**U.S. Postal Service™**

**CERTIFIED MAIL™ RECEIPT**

*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

WASHINGTON DC 20037

| | | |
|---|---|---|
| Postage | $ | $1.52 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.17 |

0109

Postmark Here

SEP 13 2013

09/13/2013

Sent To *Mark Lutz*

Street, Apt. No.; or PO Box No. *2100 M Street Ste. 170-417*

City, State, ZIP+4 *Washington DC 20037*

PS Form 3800, August 2006          See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number

7012 3050 0000 7250 0767

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

BOOTH SWEET LLP
32R ESSEX ST STUDIO 1A
CAMBRIDGE, MA 02139

7012 3050 0000 7250 0767



UNITED STATES
POSTAL SERVICE

1000          20037

U.S. POSTAGE
PAID
BOSTON, MA
02205
SEP 13, '13
AMOUNT
$7.17
00090213-34



ATTEMPTED,
NOT KNOWN

ATTEMPTED,
NOT KNOWN

BOOTH SWEET LLP

32R ESSEX ST STUDIO IA
CAMBRIDGE, MA 02139



U.S. POSTAGE
$1.72
FCM LG ENV
02130
09/23/13
06   2500
08309182

Mark Lutz
910 West Avenue #1014
Miami Beach, FL 33139

LUTZ910   331391323-1412        09/30/13
FORWARD TIME EXP  RTN TO SEND
LUTZ/MARK
910 WEST AVE APT 1014
MIAMI BEACH FL 33139-5244
        **RETURN TO SENDER**

```
======= ::=================================
     FORT POINT STATION 10/18/18
       BOSTON, Massachusetts
              022059761
            2407980109-0097
 09/13/2013  (800)275-8777 08:25:15 PM
======= ::=================================
========= Sales Receipt =========
Product       Sale Unit     Final
Description    Qty Price     Price
=======================================

CHICAGO IL 60601 Zone-5        $1.52
First-Class Mail Large Env
 4.00 oz.
 Scheduled Delivery Day: Tue
 09/17/13
 Return Rcpt (Green            $2.55
 Card)
 @@ Certified                  $3.10
 Label #:     70123050000072500804
                            ========
  Issue PVI:                   $7.17

MIAMI BEACH FL 33139 Zone-6    $1.52
First-Class Mail Large Env
 4.00 oz.
 Scheduled Delivery Day: Tue
 09/17/13
 Return Rcpt (Green            $2.55
 Card)
 @@ Certified                  $3.10
 Label #:     70123050000072500798
                            ========
  Issue PVI:                   $7.17

MINNEAPOLIS MN 55402 Zone-6    $1.52
First-Class Mail Large Env
 4.00 oz.
 Scheduled Delivery Day: Tue
 09/17/13
 Return Rcpt (Green            $2.55
 Card)
 @@ Certified                  $3.10
 Label #:     70123050000072500781
                            ========
  Issue PVI:                   $7.17

CHICAGO IL 60602 Zone-5        $1.52
First-Class Mail Large Env
 4.00 oz.
 Scheduled Delivery Day: Tue
 09/17/13
 Return Rcpt (Green            $2.55
 Card)
 @@ Certified                  $3.10
 Label #:     70123050000072500774
                            ========
  Issue PVI:                   $7.17

WASHINGTON DC 20037 Zone-4     $1.52
First-Class Mail Large Env
 4.00 oz.
 Scheduled Delivery Day: Tue
 09/17/13
 Return Rcpt (Green            $2.55
 Card)
 @@ Certified                  $3.10
 Label #:     70123050000072500767
                            ========
  Issue PVI:                   $7.17

MIAMI BEACH FL 33139 Zone-6    $1.52
First-Class Mail Large Env
 4.00 oz.
 Scheduled Delivery Day: Tue
```

```
             09/17/13
    Return Rcpt (Green          $2.55
    Card)
    @@ Certified                $3.10
    Label #:    70123050000072500750
                              ========
    Issue PVI:                  $7.17

MINNEAPOLIS MN 55402 Zone-6     $1.52
First-Class Mail Large Env
  4.00 oz.
  Scheduled Delivery Day: Tue
  09/17/13
    Return Rcpt (Green          $2.55
    Card)
    @@ Certified                $3.10
    Label #:    70123050000072500743
                              ========
    Issue PVI:                  $7.17


                            ==========
Total:                         $50.19

Paid by:
Debit Card                     $50.19
    Account #:      XXXXXXXXXXXX9329
    Approval #:     092513
    Transaction #:  139
    23902380160
    Receipt#:       001245
```

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

In a hurry? Self-service kiosks
offer quick and easy check-out. Any
Retail Associate can show you how.

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
*******************************
*******************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
*******************************
*******************************


```
Bill#:1000304258881
Clerk:34
```

All sales final on stamps and postage
 Refunds for guaranteed services only
    Thank you for your business
*******************************
*******************************
        HELP US SERVE YOU BETTER

            Go to:
  https://postalexperience.com/Pos

    TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

      YOUR OPINION COUNTS
*******************************
*******************************


            Customer Copy