UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AF HOLDINGS, LLC, | Civil Action No. 1:12-cv-12105-JLT |
| Plaintiff, | |
| v. | |
| SANDIPAN CHOWDHURY, | |
| Defendant. | |

## NOTICE OF APPEAL

Notice is hereby given that Paul Hansmeier, John Steele and Paul Duffy hereby appeal to the United States Court of Appeals for the First Circuit from the Court's Order (Doc. 43) entered in this action on the 3rd day of December, 2013.

Respectfully submitted,

DATED: December 10, 2013

By: _____

Paul Hansmeier
Class Justice PLLC
100 5th St..S. Ste. 1900
Minneapolis, MN 55402
612-234-5744
mail@classjustice.org
*Pro se*

By: /s/ Paul Duffy

Paul Duffy, Esq.
Duffy Law Group
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602
Telephone: (312) 952-6136
*Pro se*

By: /s/ John Steele

John Steele
1111 Lincoln Road, Suite 400
Miami Beach, FL 33139
(786) 571-8131
*Pro se*

**CERTIFICATE OF SERVICE**

I hereby certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those identified as non-registered participants on December 10, 2013.

/s/ Paul Hansmeier