# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: AF Holdings LLC v. Chowdhury

District Court Number: 12cv12105-JLT

Fee:  Paid?  Yes ____  No  X   Government filer ____  *In Forma Pauperis* Yes ____  No ____

Motions Pending   Yes ____ No  X     Sealed documents   Yes ____ No  X
*If yes, document #*  _____   *If yes, document #*  _____

*Ex parte* documents  Yes ____ No  X    Transcripts   Yes ____ No  X
*If yes, document #*  _____   *If yes, document #*  _____

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent ____   Other:  X

Appeal from:
#43 Order
Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#43 and #45

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal #  45   filed on December 16, 2013  .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  December 17, 2013 .

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**