Case 1:12-cv-12105-JLT   Document 55   Filed 01/09/14   Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AF HOLDINGS, LLC, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 12-12105-JLT |
| SANDIPAN CHOWDHURY, | * |
| Defendant. | * |

ORDER

January 9, 2014

TAURO, J.

After reviewing the Parties' written submissions, this court hereby orders that Defendant's <u>Motion for a Finding of Contempt and an Order of Sanctions</u> [#50] is DENIED WITHOUT PREJUDICE to being re-raised at the conclusion of the appeal of this matter.

This case shall remain CLOSED.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge