

FILED
IN CLERKS OFFICE

2014 JAN 21 P 3:19

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NIXIE     355    7E   1    003         9 01/15/14

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 02210302599      *1921-01693-10-40

.

AF Holdings, LLC
c/o Mark Lutz
910 West Avenue # 1014
Miami Beach, FL 33139

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AF HOLDINGS, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 12-12105-JLT |
| | * | |
| SANDIPAN CHOWDHURY, | * | |
| | * | |
| Defendant. | * | |

ORDER

January 9, 2014

TAURO, J.

After reviewing the Parties' written submissions, this court hereby orders that Defendant's Motion for a Finding of Contempt and an Order of Sanctions [#50] is DENIED WITHOUT PREJUDICE to being re-raised at the conclusion of the appeal of this matter.

This case shall remain CLOSED.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge