UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____  )
                                     )
AF HOLDINGS, LLC,                    )     Civil Action No. 1:12-cv-12105-JLT
                                     )
        Plaintiff/Counterdefendant,  )
v.                                   )
                                     )
SANDIPAN CHOWDHURY,                  )
                                     )
        Defendant/Counterplaintiff.  )
_____  )

**[PROPOSED] ORDER CONFERRING THE CIVIL CLERK WITH THE AUTHORITY TO ISSUE CERTIFICATION OF JUDGMENT FOR REGISTRATION IN OTHER DISTRICTS**

The Court finds, based on the record at hand, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this Court. The Court further finds that though an appeal has been noticed, no stay of the judgment [ECF No. 34] has been filed with or granted by the Court. Absent a stay being granted, the Defendant Sandipan Chowdhury, as the prevailing party, is entitled to treat the judgment of this Court as executable.

**THEREFORE**, the Court **GRANTS** the authority to certify the judgment in this matter for registration in other districts.

_____
United States District Judge