UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AF HOLDINGS, LLC, <br><br> Plaintiff, <br> v. <br><br> SANDIPAN CHOWDHURY, <br><br> Defendant. | Civil Action No. 1:12-cv-12105-JLT |

## NON PARTY STEELE'S MOTION TO STAY THE OCTOBER 23, 2013 JUDGMENT PENDING APPEAL

John Steele hereby moves this court to stay its October 23, 2013 Order pending Steele's appeal of that order, and has attached his memorandum in support thereof.

February 3, 2014

John Steele
1111 Lincoln Road Suite 400
Miami Beach, FL 33139
johnlsteele33140@gmail.com
786-571-8131