UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AF HOLDINGS, LLC, <br><br> Plaintiff, <br> v. <br><br> SANDIPAN CHOWDHURY, <br><br> Defendant. | Civil Action No. 1:12-cv-12105-JLT |

## DECLARATION OF PAUL HANSMEIER

Paul Hansmeier, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares as follows:

1. I have personal knowledge of all facts stated within this declaration.

2. Attached as **Exhibit A** is a true and correct copy of the information sought in subpoenas issued by counsel for Defendant Chowdhury.

3. Attached as **Exhibit B** are true and correct copies of subpoenas issued by Defendant Chowdhury which the Movants seek to have quashed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 29, 2014

*[signature]*