UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

BOSTON MA 021
20 FEB 2015 PM



02 1M   $ 00.48
0008001304   FEB 19 2015
MAILED FROM ZIP CODE 02210

RETURN TO SENDER

John Steele
1111 Lincoln Rd
# 400
Miami, FL 33139

NIXIE        333    5E 1009        0003/19/15
          RETURN TO SENDER
       ATTEMPTED - NOT KNOWN
          UNABLE TO FORWARD

BC: 02210302599    *0569-03079-20-40

3313932439
02210@3025