UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AF HOLDINGS, LLC, | ) |
| | ) |
|     Plaintiff/Counterdefendant, | ) |
| | ) |
| v. | )   Civil Action No. 1:12-cv-12105-IT |
| | ) |
| SANDIPAN CHOWDHURY, | ) |
| | ) |
|     Defendant/Counterplaintiff. | ) |

**SANDIPAN CHOWDHURY'S MOTION FOR SUBSTITUTION OF PARTIES AND ENTRY OF AN AMENDED JUDGMENT**

Sandipan Chowdhury ("Chowdhury") respectfully moves the Court to add or substitute John Steele and Paul Hansmeier as parties in addition to or in place of Counterdefendant AF Holdings, LLC. In support of this motion, Chowdhury relies on the memorandum filed herewith. Pursuant to the Court's Order on Remand, Doc. 78, a proposed amended judgment is attached.

Dated: September 29, 2016          Respectfully submitted,

                                                    /s/ Jason Sweet
                                                    Jason E. Sweet (BBO# 668596)
                                                    jsweet@boothsweet.com

                                                  /s/ Dan Booth (with consent)
                                                  Dan Booth (BBO# 672090)
                                                   dbooth@boothsweet.com

                                                  BOOTH SWEET LLP
                                                  32R Essex Street
                                                  Cambridge, MA 02139
                                                  Tel.: (617) 250-8602
                                                  Fax: (617) 250-8883

                                                  *Counsel for Sandipan Chowdhury*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above motion and the attached memorandum in support, notice of hearing on the motion, and proposed amended judgment, were filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on September 29, 2016, and, further, that John Steele and Paul Hansmeier will be served copies of said documents pursuant to Rules 4 and 25 of the Federal Rules of Civil Procedure.

/s/ Jason Sweet

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I, Jason E. Sweet, hereby certify that counsel for Sandipan Chowdhury sought to confer with opposing counsel in a good faith effort to resolve or narrow the issues in the foregoing motion but was unable to do so. AF Holdings' counsel withdrew in 2013 without replacement, and mail sent to its last known address has been returned as undeliverable since 2013. I emailed attorneys Steele and Hansmeier but did not obtain consent to the motion.

/s/ Jason Sweet