UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



Paul A. Duffy
Duffy Law Group

NIXIE        606024024-1N           10/03/16
         RETURN TO SENDER
              DECEASED
         UNABLE TO FORWARD
         RETURN TO SENDER

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AF HOLDINGS, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 12-cv-12105-IT |
| | * | |
| SANDIPAN CHOWDHURY, | * | |
| | * | |
| Defendant. | * | |

ORDER ON REMAND

The Mandate of the Court of Appeals having now issued, this court hereby vacates the court's order [#43] entered on December 3, 2013, grants Interested Party John L. Steele's <u>Motion to Set Aside Default Judgment</u> [#36], Interested Party Paul R. Hansmeier's <u>Motion to Set Aside Default Judgment</u> [#38], Interested Party Paul A. Duffy's <u>Motion to Set Aside Default Judgment</u> [#41], and sets aside the Final Judgment [#34] entered on October 22, 2013.

Defendant Sandipan Chowdhury shall file a proposed Amended Judgment no later than September 29, 2016. IT IS SO ORDERED.

Date: September 8, 2016                              /s/ Indira Talwani
                                                      United States District Court

**Other Events**
**1:12-cv-12105-IT AF Holdings, LLC v. Chowdhury CASE CLOSED on 10/23/2013**

COPYRT

# United States District Court

## District of Massachusetts

**Notice of Electronic Filing**

The following transaction was entered on 9/8/2016 at 2:13 PM EDT and filed on 9/8/2016
**Case Name:**   AF Holdings, LLC v. Chowdhury
**Case Number:**   1:12-cv-12105-IT
**Filer:**
**WARNING: CASE CLOSED on 10/23/2013**
**Document Number:** 79(No document attached)

**Docket Text:**
**Copy re: [78] Order on Remand mailed to AF Holdings, LLC, John L. Steele, Paul A. Duffy, Paul R. Hansmeier on 9/8/2016. (DaSilva, Carolina)**

**1:12-cv-12105-IT Notice has been electronically mailed to:**

Jason E. Sweet     jsweet@boothsweet.com

Daniel G. Booth     dbooth@boothsweet.com

**1:12-cv-12105-IT Notice will not be electronically mailed to:**

AF Holdings, LLC
c/o Mark Lutz
910 West Avenue # 1014
Miami Beach, FL 33139

John L. Steele
1111 Lincoln Road
#400
Miami Beach, FL 33139

Paul A. Duffy
Duffy Law Group

2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Paul R. Hansmeier
Class Justice PLLC
100 5th Street S. Ste. 1900
Minneapolis, MN 55402