UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AF HOLDINGS, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SANDIPAN CHOWDHURY,<br><br>    *Defendant*. | Case No. 1:12-cv-12105-IT |

## DECLARATION OF JOHN L. STEELE

1. I submit this declaration in support of my opposition to Sandipan Chowdhury's motion to substitute parties. I am over the age of 18 and am otherwise competent to make the statements herein. Unless otherwise stated the statements herein are based on personal knowledge.

2. I have not received a copy of Sandipan Chowdhury's motion to substitute parties or any of the accompanying paperwork from Mr. Chowdhury or from his counsel. But for hearing from Paul Hansmeier regarding Mr. Chowdhury's motion I would not be aware of it. I do not waive my rights to proper service under Rules 4 and 25 of the Federal Rules of Civil Procedure.

3. Attached as Exhibit A is a copy of an order issued by Judge Darrah of the Northern District of Illinois.

4. Attached as Exhibit B is a copy of an order issued by Judge Bond Arteron of the District of Connecticut.

This Declaration is submitted pursuant to 28 U.S.C. § 1746. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 13, 2016

                                                                          /s/ John L. Steele
                                                                         John L. Steele