## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

AF HOLDINGS, LLC,

   *Plaintiff,*

v.            Case No. 1:12-cv-12105-IT

SANDIPAN CHOWDHURY,

   *Defendant.*

## DECLARATION OF PAUL R. HANSMEIER

1. I submit this declaration in support of John Steele's opposition to Sandipan Chowdhury's motion to substitute parties. I am over the age of 18 and am otherwise competent to make the statements herein. Unless otherwise stated the statements herein are based on personal knowledge.

2. I have not received a copy of Sandipan Chowdhury's motion to substitute parties or any of the accompanying paperwork from Mr. Chowdhury or from his counsel via mail, personal service or otherwise.

3. I am a debtor in bankruptcy in a case pending before the U.S. District Court for the District of Minnesota. Chowdhury's counsel previously unsuccessfully sought relief from the automatic stay with respect to a different proceeding. Chowdhury has not received relief from the automatic stay with respect to his pending motion. I intend to proceed with an adversary proceeding against Chowdhury and his counsel for contempt of court for his egregious violation of the automatic stay.

This Declaration is submitted pursuant to 28 U.S.C. § 1746. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 13, 2016

          /s/ Paul R. Hansmeier
          Paul R. Hansmeier