UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AF HOLDINGS, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 12-cv-12105-IT |
| | * | |
| SANDIPAN CHOWDHURY, | * | |
| | * | |
| Defendant. | * | |

## ORDER

**TALWANI, D.J.**

On September 29, 2016, Defendant/Counterplaintiff Sandipan Chowdhury ("Chowdhury") filed a Motion for Substitution of Parties and Entry of Amended Judgment [#81] seeking to add or substitute John Steele ("Steele") and Paul Hansmeier ("Hansmeier") as parties, and certifying that the motion would be served on Steele and Hansmeier pursuant to Rules 4 and 25 of the Federal Rules of Civil Procedure. Steele and Hansmeier have each filed a declaration with the court noting that they have not been served with the motion. [## 90, 91].

Chowdhury's Motion for Substitution of Parties and Entry of Amended Judgment [#81] is DENIED without prejudice. Chowdhury may file a renewed motion after service of such motion in accordance with LR, D. Mass. 4.1 and Rule 4 of the Federal Rules of Civil Procedure, and shall include with any such filing a certificate of service showing that service has been completed prior to filing the renewed motion.

IT IS SO ORDERED.

Date: October 20, 2016 /s/ Indira Talwani
United States District Court