## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) | |
| AF HOLDINGS, LLC, | ) | Civil Action No. 1:12-cv-12105-JLT |
|        Plaintiff/Counterdefendant, | )<br>)<br>) | |
| v. | ) | |
| SANDIPAN CHOWDHURY, | )<br>)<br>) | |
|        Defendant/Counterplaintiff. | ) | |
| _____ | ) | |

**STATUS REPORT OF THE DEFENDANT**

Defendant/Counterplaintiff Sandipan Chowdhury ("Chowdhury") hereby submits a Status Report pursuant to the Court's Order of February 3, 2017 [ECF No. 99].

On December 19, 2016, Chowdhury and the other creditors filed a joint motion requesting entry of findings of fact and conclusions regarding the alter ego status of the Debtor, and for relief from the stay to pursue this matter. *In re Hansmeier*, No. 15-42460, ECF No. 191 (Minn. Bankr. 2013).

On March 8, 2017, the United States Bankruptcy Court for the District of Minnesota denied the motion and instructed the creditors that such relief had to be brought not as a motion, but as an adversary proceeding.

The creditors are in the process of drafting a complaint. However, until adjudication of the adversary proceeding, the automatic stay pursuant to 11 U.S.C. § 362 remains in effect, preventing service upon Hansmeier.

Dated: April 3, 2017

Respectfully,

/s/ Jason Sweet

Jason E. Sweet (BBO# 668596)
Email: jsweet@boothsweet.com
BOOTH SWEET LLP
32R Essex Street
Cambridge, MA 02139
Tel.: (617) 250-8602
Fax: (617) 250-8883

*Counsel for Sandipan Chowdhury*

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 3, 2017, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. AF Holdings' counsel withdrew in 2013 without replacement, and mail sent to its last known address has been returned as undeliverable since 2013. Similarly, John Steele's current address is unknown. Upon available information, Paul Hansmeier's current address, to which notice will be mailed, is:

Paul R. Hansmeier
3749 Sunbury Alcove
Woodbury, MN 55125
Email: prhansmeier@gmail.com
Phone: (651) 399-1583

                  /s/ Jason Sweet