UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AF HOLDINGS, LLC, | * |
| | * |
|     Plaintiff, | * |
| | * |
| v. | *  Civil Action No. 12-CV-12105-IT |
| | * |
| SANDIPAN CHOWDHURY, | * |
| | * |
|     Defendant. | * |

ORDER

April 5, 2017

TALWANI, D.J.

On February 3, 2017, this court granted Defendant Sandipan Chowdhury's ("Chowdhury") Motion for Extension of Time [#98] to serve a Motion for Substitution of Parties and Entry of Amended Judgment, until three weeks after the United States Bankruptcy Court for the District of Minnesota ruled on the motion for relief from stay filed by Chowdhury and other creditors in In re Hansmeier, No. 15-42460 [#191]. Elec. Order [#99]. It also directed that Chowdhury file a status report on April 1, 2017, and on the first day of each month thereafter pending further order of the court. Id.

On April 3, 2017, Chowdhury filed a Status Report of the Defendant, stating that "[o]n March 8, 2017, the United States Bankruptcy Court for the District of Minnesota denied the motion [for relief from stay] and instructed the creditors that such relief had to be brought not as a motion, but as an adversary proceeding." Chowdhury represents that he and other creditors "are in the process of drafting a complaint," but that he is still prevented from serving the Motion for Substitution of Parties and Entry of Amended Judgment upon Paul Hansmeier until relief from the stay is obtained. Id.

Based on these representations, this court will continue to stay Chowdhury's obligation to serve the Motion for Substitution of Parties and Entry of Amended Judgment. Chowdhury shall file a status report on May 1, 2017, to confirm whether a complaint instituting adversary proceedings has indeed been filed, and assuming such complaint has been filed, a further status report on the first day of each month thereafter pending further order of the court.

IT IS SO ORDERED.

Date:   April 5, 2017                              /s/ Indira Talwani
                                                    United States District Judge