UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| AF HOLDINGS, LLC, | Civil Action No. 1:12-cv-12105-JLT |
| Plaintiff/Counterdefendant, | |
| v. | |
| SANDIPAN CHOWDHURY, | |
| Defendant/Counterplaintiff. | |

**STATUS REPORT OF THE DEFENDANT REGARDING SERVICE**

I sent out the Motion for Substitution and its exhibits (collectively "Motion"), yet to be filed with the Court in this matter, for service on the following individuals and dates.

**Paul Hansmeier**

1. On January 19, 2018, I sent the Motion via overnight delivery to the Hennepin County Sheriff's Office for delivery on Paul Hansmeier at 9272 Cortland Alcove, Woodbury, MN 55125.

2. Mr. Hansmeier had emailed me on January 9, 2018, referencing *In re Hansmeier*, No. 15-bk-42460, Docket No. 216 (Bankr. D. Minn. 2015) as identifying the above as his address.

3. On January 26, 2018, the Hennepin County Sheriff returned the Motion, as I had erroneously believed Woodbury, MN to be Hennepin County and not Washington County. That same day, I immediately re-sent the Motion out for service via Arden Process Service, Inc.

**John Steele**

1. Mr. Steele's address has been unknown for sometime. In documents filed on February 27, 2017 in *US v. Hansmeier, et al*, No. 16-cr-334, Docket Nos. 39 and 40 (D. Minn. 2016), Mr. Steele identified Pennsylvania as his residence, but no address was given.

2. On January, 24, 2018, undersigned discovered Mr. Steele had recently requested and was granted permission to relocate to Glendale, Arizona, to reside with his sister, Jayme Steele. *Id.*, Docket No. 78.

3. Based on public documents, Ms. Steele's address is 18871 N. 69th Ave., Glendale, AZ 85308.

4. The Motion was sent out for service at that address via ASAP Serve, LLC on January 24, 2018.

Dated: January 26, 2018					Respectfully,

					/s/ Jason Sweet

					Jason E. Sweet (BBO# 668596)
					Email: jsweet@boothsweet.com
					BOOTH SWEET LLP
					32R Essex Street
					Cambridge, MA 02139
					Tel.: (617) 250-8602
					Fax: (617) 250-8883

					*Counsel for Sandipan Chowdhury*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2018, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. AF Holdings' counsel withdrew in 2013 without replacement, and mail sent to its last known address has been returned as undeliverable since 2013. Notice will be mailed to:

| | |
|---|---|
| Paul R. Hansmeier | John Steele |
| 9272 Cortland Alcove | 18871 N. 69th Ave. |
| Woodbury, MN 55125 | Glendale, AZ 85308 |

					/s/ Jason Sweet