Unofficial Document

**Exhibit B**

GS **TITLE AGENCY, INC.**

When Recorded, Return to:

1649 E Bethany Home Rd
Phoenix, AZ 85016

1605105376 MDB 2/2

## DEED OF TRUST AND ASSIGNMENT OF RENTS

| | |
|---|---|
| **TRUSTORS:** | Jayme C. Steele, A Single Woman |
| Address: | 517 S Vance Ct, Lakewood, CO 80226 |
| **BENEFICIARY:** | Sell Wholesale Funding, LLC |
| Address: | 1649 E Bethany Home Rd<br>Phoenix, AZ 85016 |
| **TRUSTEE:** | Fidelity National Title |
| Address: | 7025 N Scottsdale Rd #102<br>Scottsdale, AZ 85253 |

**18871 N 69th Ave, Glendale, AZ 85308**

**PROPERTY** in Maricopa County, Arizona, described as (the *"Real Property"*):

See Exhibit A attached hereto and by this reference incorporated herein.

This Deed of Trust is made among Trustor, Beneficiary and Trustee who agree as follows:

1. Grant and Conveyance. For value received, Trustor irrevocably grants, conveys and assigns to Trustee in Trust, with power of sale, the Real Property, together with: (a) all buildings, structures, improvements, fixtures and built-in equipment and appliances now or hereafter placed thereon; (b) all present and future leases and all subleases executed with respect to the Real Property; (c) all rents, issues, profits, revenues and income thereof including all revenue, gross or net receipts, payments, and income derived from any business activity conducted by or on behalf of Trustor on the Real Property (*"Property Income"*); (d) all easements, licenses, rights, minerals, oil and gas, appurtenances, abandoned or vacated streets, alleys and rights-of-way, privileges and interests now or hereafter attached to or used in connection with the Real Property; (e) all policies of insurance on the Real Property and/or personal property located on the Real Property (the *"Personal Property"*) and proceeds thereof and all awards and proceeds of any condemnation or like proceeding affecting the Real and/or Personal Property; (f) all water, drainage, irrigation and electrical or water user's rights appurtenant or related to the Real Property (hereafter together with the Real Property and any



Exhibit B