



Exhibit C

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

AF HOLDINGS, LLC
Plaintiff/Counterdefendant,

vs.

Case No.: 1:12-CV-12105-IT

SANDIPAN CHOWDHURY
Defendant/Counterplaintiff,

**NON-SERVICE DECLARATION**

Came to hand on 1/24/2018 at 2:15 PM a true copy of the below referenced documents.

The undersigned is over the age of 18 years and not a party to the action. The undersigned is qualified and appointed under ARCP §4 (d) & §4(e) to serve legal process within the State of Arizona.

Upon: **JOHN L. STEELE**
At: **18871 N. 69TH AVE., GLENDALE, AZ 85308**

NON-SERVED on **01/31/2018** at **7:17 AM** the **MOTION TO SUBSTITUTE; EXHIBITS**

01/24/2018 06:16 PM 18871 N. 69TH AVE., GLENDALE, AZ 85308 Spoke with a male at the door who refused name, described as caucasian male, 6'3", white hair, who stated defendant is unknown and abruptly closed door. Security camera at front door. A check with the Maricopa County Assessor reports the owner as Jayme C. Steele since July 2016. No vehicles outside of closed garage.
01/26/2018 06:34 PM 18871 N. 69TH AVE., GLENDALE, AZ 85308 No answer at door. Lights on inside. No vehicles outside of closed garage.
01/27/2018 08:45 AM 18871 N. 69TH AVE., GLENDALE, AZ 85308 No answer at door. No visible lights. No vehicles outside of closed garage.
01/28/2018 09:33 AM 18871 N. 69TH AVE., GLENDALE, AZ 85308 No answer at door. Spoke with neighbor who stated name of male occupant at given address is unknown.
01/31/2018 07:17 AM 18871 N. 69TH AVE., GLENDALE, AZ 85308 No answer. No visible lights. No vehicle outside of closed garage.

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing information contained in the Proof of Service is true and correct. [ARCP Rule 80(i)]



SUSIE BALDWIN
Notary Public, State of Arizona
Maricopa County
My Commission Expires
October 28, 2021

State of Arizona County of _Maricopa_ Subscribed and sworn or affirmed before me on
(Date): _1/31/18_
Notary Public Signature: _Susie B_

Client File #:

SIGNED, _Susan Mazzotti_
**SUSAN MAZZOTTI,**

Job Number: 11918  Private Process Server ID # 8626,
MARICOPA County

ASAP SERVE, LLC 1837 S. MESA DR. #C102, MESA AZ 85210 PH:480-821-1552