UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AF HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff/Counterdefendant, ) | |
| ) | |
| v. ) | Civil Action No. 1:12-cv-12105-IT |
| ) | |
| SANDIPAN CHOWDHURY, ) | |
| ) | |
| Defendant/Counterplaintiff. ) | |
| ) | |

**Exhibit D**

### DECLARATION OF SUSAN MAZZOTTI

I, Susan Mazzotti, state under penalty of perjury that the following is true and based on personal knowledge.

1. I am an individual over the age of 18 years and not a party to the action. I base this declaration upon my personal knowledge and upon the business records of my firm and sworn to in this declaration.

2. I am a process server employed with ASAP Serve, LLC. ASAP Serve, LLC's principal place of business is 1837 S. Mesa Dr. #CI02, Mesa, AZ 85210.

3. I am qualified and appointed under ARCP §4(d) & §4(e) to serve legal process within the State of Arizona.

4. I was responsible for the efforts to serve John L. Steele with copies of the Motion to Substitute and Exhibits in this matter.

5. Between January 24 and January 31, 2018, I made five attempts to serve Mr. Steele at the address provided by Counterplainiff's counsel. Each attempt was made without success.

6. The address given was identified as a residence owned by Mr. Steele's sister, Jayme Steele and located at 18871 N. 69th Ave., Glendale, AZ 85308.

7. My first such attempt was made on January 24, 2018 at 6:16 p.m. A caucasian male, roughly 6'3" with white hair answered the door. Said individual refused to identify himself, denied knowing Mr. Steele and abruptly closed the door. Before leaving, I noted there was a security camera at the front door.

8. Afterwards, I reviewed public reports filed with the Maricopa County Assessor's Office to confirm the current owner of 18871 N. 69th Ave., Glendale, AZ 85308 was Jayme C. Steele.

1

Exhibit D

9. I again attempted service at the given address without further success on each of the following occasions:

   a. January 26, 2018 at 6:34 p.m.—No answer at door. Lights on inside. No vehicles outside of closed garage.;

   b. January 27, 2018 at 8:45 a.m.—No answer at door. No visible lights. No vehicles outside of closed garage.;

   c. January 28, 2018 at 9:33 a.m.—No answer at door. Spoke with neighbor who stated name of male occupant at given address is unknown.; and

   d. January 31, 2018 at 7:17 a.m.—No answer. No visible lights. No vehicle outside of closed garage.

10. On January 31, 2018, I caused a declaration of non-service to be served upon Counterplaintiff's counsel wherein I recounted my attempts at service as described above.

11. On February 1, 2018, I was shown the following photos provided to ASAP Serve, LLC by Counterplaintiff's counsel in response to my description of the individual I spoke with on January 24, 2018. I confirmed in the affirmative that the individual shown and the one I spoke with were the same. It is my understanding that the photos are that of John Steele.



12. Based upon Mr. Steele's refusal to identify himself, his denial of knowing "a Mr. Steele," the photos provided by Counterplaintiff's counsel and the security camera at the front door, it is my belief that Mr. Steele purposefully and continually evaded service.

I, Susan Mazzotti, hereby declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct based on personal knowledge, and a review of the business records of my firm and my own notes as set forth above. Executed at Mesa, Arizona on this 2nd day of February, 2018.

Signed,

_____
SUSAN MAZZOTTI