*Motion for Alt Service*
*Motion to Substitute*

Steele

```
===========================================
              CAMBRIDGE
         770 MASSACHUSETTS AVE
              CAMBRIDGE
                 MA
              02139-9998
              2401020139
02/05/2018    (800)275-8777    3:46 PM
===========================================
===========================================
Product              Sale      Final
Description          Qty       Price

Utl Mlr 10.5"         1        $1.19
x16"
    (Unit Price:$1.19)
PM 2-Day              1        $12.90
    (Domestic)
    (GLENDALE, AZ  85308)
    (Weight:1 Lb 14.70 Oz)
    (Expected Delivery Date)
    (Wednesday 02/07/2018)
Certified             1        $3.45
    (@@USPS Certified Mail #)
    (70161970000078176451)
Return                1        $2.75
Receipt
    (@@USPS Return Receipt #)
    (9590940235567305508418)

Total                          $20.29

Debit Card Remit'd             $20.29
    (Card Name:Debit Card)
    (Account #:XXXXXXXXXXXX9329)
    (Approval #:         )
    (Transaction #:567)
    (Receipt #:015287)
    (Debit Card Purchase:$20.29)
    (Cash Back:$0.00)

Includes up to $50 insurance

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777
(2USPS) to get the latest status.
```



Exhibit E

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

GLENDALE AZ 85308

Certified Mail Fee  $3.45   0139 21

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage  $12.90

Total Postage and Fees  $19.10

Sent To  Steele    Motion Substitute
Street and Apt. No., or PO Box No.  18871 N. 69th Ave
City, State, ZIP+4  Glendale AZ 85308

7016 1970 0000 7817 6451

Postmark: FEB 05 2018 MA 02139  02/05/2018

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions