UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AF HOLDINGS, LLC, </br></br>  Plaintiff/Counterdefendant, </br></br> v. </br></br> SANDIPAN CHOWDHURY, </br></br> Defendant/Counterplaintiff. | Civil Action No. 1:12-cv-12105-IT |

**DECLARATION OF JASON E. SWEET**

I, Jason Sweet, state under penalty of perjury that the following is true and based on personal knowledge.

1. I am an attorney at law licensed to practice before the Courts of the State of Massachusetts and the First, Sixth and Seventh Circuits. I am a partner in the law firm of Booth Sweet LLP, attorneys for Counterplaintiff Sandipan Chowdhury ("Chowdhury"). Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On January, 24, 2018, undersigned discovered Steele had recently requested and was granted "permission to relocate to Glendale, Arizona, to reside with his sister, Jayme Steele." A true and correct copy of the order granting Steele's request in *U.S. v. Hansmeier et al*, No. 16-cr-00334 (D. Minn. Jan. 17, 2018) is attached as Exhibit A.

3. That same day, undersigned searched publicly accessible databases and confirmed Jayme Steele's address as 18871 N. 69th Ave., Glendale, AZ 85308 and sent the renewed motion to substitute out for service via ASAP Serve, LLC ("ASAP"). True and correct copies of the documents identifying Jayme Steele's address are attached as Exhibit B.

4. On January 31, 2018, I received a statement of non-service from ASAP's process server, Susan Mazzotti. The statement of non-service included the efforts made by Ms. Mazzotti to accomplish service on Steele. A true and correct copy of the statement of non-service is attached as Exhibit C.

5.  Of particular interest was the first such attempt by Ms. Mazzotti made on January 24, 2018, wherein she spoke with a caucasian male, roughly 6'3" with white hair who answered the door at 18871 N. 69th Ave., Glendale, AZ 85308. Ms. Mazzotti further stated this individual refused to identify himself, denied knowing Mr. Steele and abruptly closed the door. *See* Exhibit C.

6.  I have seen numerous photos of Mr. Steele as well as met him. I have also been involved in numerous cases wherein Mr. Steele has denied or disputed service, usually as a result of his own machinations. Based upon the description of the unidentified individual by Ms. Mazzotti, I sent three photos of John Steele to ASAP with the request that Ms. Mazzotti confirm whether or not the photos were of the individual whom she spoke with on January 24, 2018.



a.  The first photo is from a publicly available news article.[1] A true and accurate copy of the photo is identified above as No. 1.

b.  The second photo is from his sister, Jayme Steele's publicly accessible FaceBook page.[2] This photo was cropped to focus solely on Steele's face. A true and accurate copy of the photo as it was sent is identified above as No. 2.

c.  The third photo is also from Jayme Steele's publicly accessible FaceBook page.[3] This photo was also cropped to focus on Steele's face. A true and accurate copy of the photo as it was sent is identified above as No. 3.

---

[1] *How Porn Copyright Lawyer John Steele Has Made A 'Few Million Dollars' Pursuing (Sometimes Innocent) 'Porn Pirates'* (Oct. 15, 2012). Available at: https://abovethelaw.com/2012/10/how-porn-copyright-lawyer-john-steele-has-made-a-few-million-dollars-pursuing-sometimes-innocent-porn-pirates/

[2] An unedited copy of the photo is available at: https://www.facebook.com/photo.php?fbid=101706953817217&set=pb.100019337375273.-2207520000.1517589388.&type=3&theater

[3] An unedited copy of the photo is available at: Available at: https://www.facebook.com/photo.php?fbid=101664540488125&set=picfp.100019337375273.101650423822870&type=3&theater

7. After viewing the photos, Ms. Mazzotti identified the unknown individual she spoke with on January 24 and the person in the photos as the same person. A true and accurate copy of Ms. Mazzotti's Declaration is attached as Exhibit D

8. On February 5, 2018, I caused via Certified Mail 1) a copy of the Motion for Alternative Service and its Exhibits; and 2) the Motion for Substitution and its Exhibits to be delivered to John L. Steele at 18871 N. 69th Ave., Glendale, AZ 85308. A true and accurate copy of the receipt of the mailing is attached as Exhibit E.

**I, Jason E. Sweet, hereby declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct based on personal knowledge, and a review of the pleadings and other documents filed on the Court's docket set forth above. Executed at Cambridge, Massachusetts on this 5th day of February, 2018.**

/s/ Jason E. Sweet
Jason E. Sweet

Counsel for Sandipan Chowdhury

BOOTH SWEET LLP
Jason E. Sweet (BBO# 668596)
32R Essex Street
Cambridge, MA 02139
Tel.: (617) 250-8619
Fax: (617) 250-8883
Email: jsweet@boothsweet.com