STATE OF MINNESOTA)ss
COUNTY OF DAKOTA)

                ANDY LONERGAN, being duly sworn, on oath, says that on the 31ST day of JANUARY, 2018, he personally served the attached SANDIPAN CHOWDHURY'S MEMORANDUM IN SUPPORT OF MOTION FOR SUBSTITUTION OF PARTIES AND ENTRY OF
AN AMENDED JUDGMENT, EXHIBITS
UNTIED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 1:12-cv-12105-IT
upon PAUL R. HANSMEIER
therein named at the house of HIS usual abode,
at 9272 CORTLAND ALCOVE, WOODBURY, MN 55125
County of WASHINGTON, State of Minnesota,
by handing to and leaving with a person of suitable age
and discretion then residing therein, to-wit:
PADRAIGIN BROWNE, a true and correct copy thereof.

I declare under penalty of perjury that everything I have stated in this document is true and correct. Minn Stat. § 358.116.

                                      SIGNED BY ANDY LONERGAN ON
                                      FEBRUARY 1, 2018.

        ARDEN PROCESS SERVICES, INC.