UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                          )
AF HOLDINGS, LLC,             )     Civil Action No. 1:12-cv-12105-JLT
                                          )
        Plaintiff/Counterdefendant,  )
v.                                      )
                                          )
SANDIPAN CHOWDHURY,   )
                                          )
        Defendant/Counterplaintiff. )
_____ )

## FEBRUARY STATUS REPORT

1. On February 2, 2018, Arden Process Service, Inc. notified undersigned that it had completed service of the Motion for Substitution and its exhibits on Paul Hansmeier at 9272 Cortland Alcove, Woodbury, MN 55125 on January 31, 2018.

2. Proof of service was filed with this Court on the afternoon of February 5, 2018. Doc. 123.

3. On January 31, 2018, undersigned was notified by ASAP Serve, LLC that it had not been able to complete service of the Motion for Substitution upon John Steele at 18871 N. 69th Ave., Glendale, AZ 85308. Doc. 122-3.

4. It was later determined that John Steele had successfully evaded service of the Motion for Substitution when he refused to identify himself to the process server, denied knowing "a Mr. Steele," and abruptly shut the door. Doc. 122-4.

5. On the afternoon of February 5, 2018, undersigned filed a Motion for Service by Alternate Means and for an Order Finding Service Complete on John Steele ("Motion for Service"). Doc. 122.

6. The Motion for Service and the Motion for Substitution (collectively "Motions") were sent via certified mail to Mr. Steele that same day.

7. On February 13, 2018, electronic courtesy copies of the Motions were sent to Mr. Steele's last known email address. That same day, a courtesy copy of the Motion for Service alone was emailed to Mr. Hansmeier; with a hard copy sent via first class mail on February 16, 2018.

8. On February 19, 2018, undersigned received confirmation that Mr. Steele had signed for the Motions on February 10, 2018.

9. On February 21, 2018, Mr. Hansmeier emailed undersigned stating that he "intend[ed] to oppose the [Motion for Service], so it is important that I receive the appropriate amount of time to do so."

10. When questioned, Mr. Hansmeier was unable to articulate any basis for standing he would have to oppose a motion directed solely at Mr. Steele's evasion of service.

11. Mr. Hansmeier has agreed to service of this status report via email at prhansmeier@gmail.com.

Dated: February 21, 2018

Respectfully,

/s/ Jason Sweet
Jason E. Sweet (BBO# 668596)
Email: jsweet@boothsweet.com
BOOTH SWEET LLP
32R Essex Street
Cambridge, MA 02139
Tel.: (617) 250-8602
Fax: (617) 250-8883

*Counsel for Sandipan Chowdhury*

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2018, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. Notice will be mailed to:

Paul R. Hansmeier
prhansmeier@gmail.com

John Steele
18871 N. 69th Ave.
Glendale, AZ 85308

/s/ Jason Sweet