FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETS 2018 FEB 26 PM 12: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| AF HOLDINGS, LLC | |
| *Plaintiff,* | |
| v. | Case No. 1:12-cv-12105-IT |
| SANDIPAN CHOWDHURY, | |
| *Defendant.* | |

## NON-PARTY PAUL HANSMEIER'S DECLARATION REGARDING SERVICE DEFENDANT SANDIPAN CHOWHUDRY'S MOTION FOR SERVICE BY ALTERNATE MEANS AND FOR AN ORDER FINDING SERVICE COMPLETE ON JOHN STEELE

1.      My name is Paul Hansmeier. I am over 18 years of age and am competent to testify. The statements made below are from my personal knowledge.

2.      On February 5, 2018, Defendant Sandipan Chowdhury filed a motion for service by alternate means on John Steele. [#122].

3.      The certificate of service to Mr. Chowdhury's motion stated, "[O]n February 5, 2018 … Notice will be mailed to: Paul Hansmeier…."

4.      I did not receive a paper copy of Chowdhury's motion until February 20, 2018. The postage on the package indicated that the mailing date of Mr. Chowdhury's motion was February 16, 2018, or eleven days after Mr. Chowdhury represented to the Court that his motion had been mailed.

5.      I spoke with Mr. Chowdhury's counsel and asked him to update the certificate of service on Mr. Chowdhury's motion to indicate the correct service date or

otherwise notify the Court that the service date listed in his motion was incorrect. At first, Chowdhury's counsel took the position that he was not required to serve me with Chowdhury's motion. I again asked him to correct his certificate of service.

6.      Instead of doing so, on February 21, 2018, Chowdhury filed a status report with the Court which falsely stated that his counsel and I had discussed the substance of my motion, including the basis for standing. There was no discussion of the substance of my motion.

7.      Chowdhury's status report did indicate that he mailed his motion to me on February 16, 2018, but made no mention of his prior false representation regarding service.

8.      Given the many systemic service deficiencies that have occurred in this case, which will be detailed in my forthcoming opposition to Chowdhury's motion for substitute service, I wanted to alert the Court that Chowdhury and his counsel continue to fail to make appropriate service of his filings in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 22, 2018               /s/ Paul R. Hansmeier
                                       Paul R. Hansmeier

Paul Hansmeier
9272 Cortland Alcove
Woodbury, MN 55125

SAINT PAUL MN 550

23 FEB 2018 PM 2 L

USMS SCREENED

Clerk of Court
Re: 1:12-CV-12105-IT

1 Courthouse Way
Boston, MA 02210

02210-302599