# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AF HOLDINGS, LLC, | ) |
| Plaintiff/Counterdefendant, | ) |
| v. | ) Civil Action No. 1:12-cv-12105-IT |
| SANDIPAN CHOWDHURY, | ) |
| Defendant/Counterplaintiff. | ) |

## DECLARATION OF JASON E. SWEET
## OF SERVICE ON JOHN STEELE

I, Jason Sweet, state under penalty of perjury that the following is true and based on personal knowledge.

1. I am an attorney at law licensed to practice before the Courts of the State of Massachusetts and the First, Sixth and Seventh Circuits. I am a partner in the law firm of Booth Sweet LLP, attorneys for Counterplaintiff Sandipan Chowdhury. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On February 5, 2018, I caused via Certified Mail 1) a copy of the Motion for Alternative Service and its Exhibits [Doc. 122]; and 2) the Motion for Substitution and its Exhibits to be served on John L. Steele at 18871 N. 69th Ave., Glendale, AZ 85308. *See* Doc. 122-5 (receipt of mailing). A true and accurate copy of the mailing's tracking history is attached as Exhibit A

3. On February 21, 2018, I received a return receipt for the documents bearing the signature of John Steele. The return receipt confirms that on February 10, 2018, John Steele accepted service of the Motion for Alternative Service and the Motion for Substitution. A true and accurate copy of the return receipt is attached as Exhibit B.

I, Jason E. Sweet, hereby declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct based on personal knowledge, and a review of the pleadings and other documents filed on the Court's docket set forth above. Executed at Cambridge, Massachusetts on this 1st day of March, 2018.

/s/ Jason E. Sweet

BBO# 668596
BOOTH SWEET LLP
32R Essex Street
Cambridge, MA 02139
Tel.: (617) 250-8619
Fax: (617) 250-8883
Email: jsweet@boothsweet.com

*Counsel for Sandipan Chowdhury*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2018, the foregoing document, filed through the ECF system, will be mailed via first class to:

| | |
|---|---|
| Paul R. Hansmeier<br>9272 Cortland Alcove<br>Woodbury, MN 55125 | John Steele<br>18871 N. 69th Ave.<br>Glendale, AZ 85308 |

/s/ Jason Sweet