UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

PAUL HANSMEIER

Debtor.

Chapter 13

BKY 15-42460

ORDER

This case is before the court on the motion by the debtor seeking an expedited hearing and authority to sell certain real estate located at 100 Third Ave. S., Unit 3201, Minneapolis, MN 55401. For reasons stated orally and recorded in open court,

IT IS ORDERED:

1. The debtor's request for an expedited hearing is granted.

2. The debtor's motion to sell the property is approved.

3. The proceeds from the sale of the property shall be used at closing only to satisfy the underlying first mortgage on the property, judgment lien, realtor fees, and all other usual and customary closing costs such as deed recording fees paid to the county.

4. Insofar as this case was converted to a case under chapter 7 today by separate order, the chapter 7 trustee to be appointed by the U.S. Trustee is authorized to close on the sale of the property.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 12/03/2015
Lori Vosejpka, Clerk, by LH



Ex. 1

5. The balance of the sale proceeds shall be held by the chapter 7 trustee pending further order of the court.

Dated: December 3, 2015

/e/ Kathleen H. Sanberg
KATHLEEN H. SANBERG
United States Bankruptcy Judge



Ex. 1