# Other Events
## 1:12-cv-12105-IT AF Holdings, LLC v. Chowdhury CASE CLOSED on 10/23/2013

COPYRT

# United States District Court

# District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 3/16/2018 at 3:38 PM EDT and filed on 3/16/2018
**Case Name:** AF Holdings, LLC v. Chowdhury
**Case Number:** 1:12-cv-12105-IT
**Filer:**
**WARNING: CASE CLOSED on 10/23/2013**
**Document Number:** 130(No document attached)

**Docket Text:**
**Copy of NEF [#129] Order, mailed to AF Holdings, LLC, John L. Steele, Paul A. Duffy, Paul R. Hansmeier on 3/16/2018. (DaSilva, Carolina)**

**1:12-cv-12105-IT Notice has been electronically mailed to:**

Jason E. Sweet    jsweet@boothsweet.com

Daniel G. Booth    dbooth@boothsweet.com

**1:12-cv-12105-IT Notice will not be electronically mailed to:**

AF Holdings, LLC ✓
c/o Mark Lutz
910 West Avenue # 1014
Miami Beach, FL 33139

John L. Steele
500 N. Michigan Ave, #600
Chicago, IL 60611

Paul A. Duffy
Duffy Law Group

2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Paul R. Hansmeier
9272 Cortland Alcove
Woodbury, MN 55125

# Orders on Motions
## 1:12-cv-12105-IT AF Holdings, LLC v. Chowdhury CASE CLOSED on 10/23/2013

COPYRT

# United States District Court

# District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 3/16/2018 at 3:35 PM EDT and filed on 3/16/2018
**Case Name:** AF Holdings, LLC v. Chowdhury
**Case Number:** 1:12-cv-12105-IT
**Filer:**
**WARNING: CASE CLOSED on 10/23/2013**
**Document Number:** 129(No document attached)

**Docket Text:**
**Judge Indira Talwani: ELECTRONIC ORDER entered. Service by mailing of [122] Motion for Service by Alternative Means and for an Order Finding Service Complete on John Steele and its exhibits by certified mail to John Steele's residential address is authorized. In addition, counsel for Chowdhury shall also serve John Steele by first class mail and shall file proof of service. (DaSilva, Carolina)**

**1:12-cv-12105-IT Notice has been electronically mailed to:**

Jason E. Sweet    jsweet@boothsweet.com

Daniel G. Booth    dbooth@boothsweet.com

**1:12-cv-12105-IT Notice will not be electronically mailed to:**

AF Holdings, LLC
c/o Mark Lutz
910 West Avenue # 1014
Miami Beach, FL 33139

John L. Steele
500 N. Michigan Ave, #600
Chicago, IL 60611

Paul A. Duffy
Duffy Law Group
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Paul R. Hansmeier
9272 Cortland Alcove
Woodbury, MN 55125

