UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETS

AF HOLDINGS, LLC

*Plaintiff,*

v.

SANDIPAN CHOWDHURY,

*Defendant.*

Case No. 1:12-cv-12105-IT

FILED
Clerk's Office
USDC, Mass
Date 3/15/19
By A. Pache
Deputy Clerk

## MOTION TO SUSPEND JASON SWEET AND DAN BOOTH

Non-party Paul Hansmeier respectfully moves the Court to suspend Jason Sweet and Dan Booth from appearing in this matter until they purge their contempt in the U.S. Bankruptcy Court for the District of Minnesota.

Dated: March 14, 2019

/s/ Paul R. Hansmeier
Paul R. Hansmeier
9272 Cortland Alcove
Woodbury, MN 55125
E-mail: prhansmeier@gmail.com
Phone: 651-399-1583
*Pro Se*