**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| AF HOLDINGS, LLC, | ) | |
| Plaintiff/Counterdefendant, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:12-cv-12105-IT |
| SANDIPAN CHOWDHURY, | ) ) ) | |
| Defendant/Counterplaintiff. | ) ) | |
| _____ | ) ) | |
| SANDIPAN CHOWDHURY, | ) ) | |
| Counterplaintiff, | ) ) ) | |
| v. | ) ) | |
| JOHN STEELE and PAUL HANSMEIER, | ) ) ) | |
| Third Party Defendants. | ) ) | |

_____

**MOTION PURSUANT TO LOCAL RULE 7.1(b)(3) FOR LEAVE TO FILE REPLY TO PAUL HANSMEIER'S OPPOSITION TO DEFENDANT SANDIPAN CHOWDHURY'S MOTION TO VACATE**
_____

Counterplaintiff Sandipan Chowdhury ("Chowdhury"), by and through his undersigned counsel of record, hereby moves for leave of Court, pursuant to Local Rule 7.1(b)(3), to file a brief reply to Paul Hansmeier's opposition [No. 164] to Chowdhury's motion vacate the judgment [No. 161]. In support of this Motion, Chowdhury would respectfully show the following:

1. Chowdhury submits that a short reply is necessary in order to distinguish cases cited in Hansmeier's opposition [No. 164].

2. Chowdhury believes that his proposed reply would inform and assist the Court in considering the motions to vacate [No. 161] and to amend [No. 155].

3. Chowdhury's proposed reply does not exceed four (4) pages in length, and provided that the Court grants leave to file it, would be filed immediately as it is attached to this Motion.

WHEREFORE, Chowdhury respectfully requests leave of Court to submit a 4-page reply to Paul Hansmeier's opposition [No. 164] to Chowdhury's motion to vacate [No. 161].

1

Dated: May 22, 2019

                                              Respectfully submitted,

                                              /s/ Jason Sweet

                                              Jason E. Sweet (BBO# 668596)
                                              BOOTH SWEET LLP
                                              32R Essex Street
                                              Cambridge, MA 02139
                                              Tel.: (617) 250-8602
                                              Fax: (617) 250-8883
                                              jsweet@boothsweet.com

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

      Counsel states that he has complied with Rule 7.1. Undersigned reached out to Paul Hansmeier via email on May 22, 2019 regarding the motion, but the parties were unable to resolve their issues. Undersigned was not able to confer with John Steele prior to filing this motion as a street address is the only contact information available for Mr. Steele

                                              /s/ Jason Sweet

## CERTIFICATE OF SERVICE

      I hereby certify that on May 22, 2019, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. AF Holdings' counsel withdrew in 2013 without replacement, and mail sent to its last known address has been returned as undeliverable since 2013. Notice will be delivered via mail to:

Paul R. Hansmeier                John Steele
9272 Cortland Alcove           18871 N. 69th Ave.
Woodbury, MN 55125            Glendale, AZ 85308

                                              /s/ Jason Sweet