UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AF HOLDINGS, LLC, )<br>)<br>    Plaintiff/Counterdefendant, )<br>)<br>v. )<br>)<br>SANDIPAN CHOWDHURY, )<br>)<br>    Defendant/Counterplaintiff. )<br>──────────────────────── )<br>SANDIPAN CHOWDHURY, )<br>)<br>    Counterplaintiff, )<br>)<br>v. )<br>)<br>JOHN STEELE and PAUL HANSMEIER, )<br>)<br>    Third Party Defendants. )<br>) | Civil Action No. 1:12-cv-12105-IT |

──────────────────────────────────────────────────────────────

**STATUS REPORT**

──────────────────────────────────────────────────────────────

    The judgment in this matter cannot be finally satisfied unless and until it is litigated and entered against John Steele ("Steele") and Paul Hansmeier ("Hansmeier") in their own names. While the judgment was pending appeal in the First Circuit, Hansmeier filed for bankruptcy, and the judgment against him attached as a lien on his property. Hansmeier voluntarily consented—indeed, petitioned the bankruptcy court—to settle Sandipan Chowdhury's ("Chowdhury") judgment lien by a payment from the sale of his condominium in 2015. He has sought to claw it back ever since in the bankruptcy court, though his voluntary payment and guilty plea in the criminal matter against him forecloses any such relief. Amending the counterclaim would finally give Mr. Chowdhury an opportunity to settle the issue decisively and show that it is proper to Hansmeier and Steele personally liable for the misbehavior of their alter ego AF Holdings.

    Hansmeier continues to deny liability in the bankruptcy proceedings despite admitting in his plea agreement that he and Steele fabricated the Plaintiff; fabricated the cause of action; fabricated evidence to support that cause; and submitted false pleadings to courts premised upon these fabrications. When the liability arose in this matter, he and Steele exercised substantial dominion and

control over AF Holdings and the settlement scheme as a whole, thus the three are interchangeable for purposes of liability herein.

Their extortive tactics put Mr. Chowdhury to significant expense defending against the frivolous claims. And the harm continues in the bankruptcy proceedings in Minnesota. Even now, Hansmeier continues to pursue the judgment therein, as well as unwarranted discovery sanctions. Most recently, bench warrants have been issued for Mr. Chowdhury and his counsel.

The longer this matter remains unattended, the greater the harm to Mr. Chowdhury.

Dated: April 26, 2019

          Respectfully submitted,

          s/ Jason E. Sweet
          _____

          Jason E. Sweet (BBO# 668596)
          BOOTH SWEET LLP
          32R Essex Street
          Cambridge, MA 02139
          Tel.: (617) 250-8602
          Fax: (617) 250-8883
          jsweet@boothsweet.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2019, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. AF Holdings' counsel withdrew in 2013 without replacement, and mail sent to its last known address has been returned as undeliverable since 2013. Notice will be delivered via mail to:

| | |
|---|---|
| Paul R. Hansmeier<br>9272 Cortland Alcove<br>Woodbury, MN 55125 | John Steele<br>18871 N. 69th Ave.<br>Glendale, AZ 85308 |

          s/ Jason E. Sweet
          _____