FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

2019 MAY 24  AM II: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| AF HOLDINGS, LLC, | |
| *Plaintiff,* | |
| v. | Case No. 1:12-cv-12105-IT |
| SANDIPAN CHOWDHURY, | |
| *Defendant.* | |

## STATUS REPORT

Paul Hansmeier respectfully submits this status report to inform the Court of material developments in this matter. On May 17, 2019, the U.S. Marshal for the District of Massachusetts executed an arrest warrant against Jason Sweet, Dan Booth, and Sandipan Chowdhury. The arrest warrant was issued by the U.S. District Court for the District of Minnesota based on a finding of civil contempt. The parties have resolved the civil contempt matter. As part of that resolution, the parties have agreed to drop this matter and the judgment enforcement matter also pending before this Court. *See* 1:19-mc-91090-IT (motion for hearing pending). The district court ordered the parties to file a formal settlement agreement for the bankruptcy court's approval no later than May 30, 2019. The parties will keep the Court apprised of future developments regarding the finalization of the settlement agreement. A copy of the district court's order is enclosed.

Dated: May 21, 2019

/s/ Paul R. Hansmeier
Paul R. Hansmeier
9272 Cortland Alcove
Woodbury, MN 55125
E-mail: prhansmeier@gmail.com
Phone: 651-399-1583
*Pro Se*