UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sandipan Chowdhury and Booth Sweet, LLP,

    Appellants,

v.

Paul Hansmeier,

    Appellee.

Case Nos. 18-cv-3403, 19-cv-0156 (WMW)

**ORDER**

---

On April 25, 2019, the Court held Appellants Sandipan Chowdhury and Booth Sweet, LLP, in contempt of Court for failure to comply with the bankruptcy court's post-judgment orders. The Court issued warrants for the arrest of Chowdhury and the partners of Booth Sweet, LLP, Jason Sweet and Dan Booth. Pursuant to the April 25, 2019 Order, Chowdhury, Sweet, and Booth are to remain under arrest until they purge their contempt.

Via a May 20, 2019 letter from Booth Sweet, LLP's counsel, Beth Forsythe, (Dkt. 21), the parties notified the Court that they have reached an agreement as to the general terms of settlement in the underlying adversary proceeding and that the parties believe that Booth Sweet, LLP, and Chowdhury have purged their contempt in this matter. Booth Sweet, LLP, moves the Court to quash the arrest warrants and order the release of Chowdhury, Dan Booth, and Jason Sweet. Based on the representations in the May 20, 2019 letter, the Court concludes that Chowdhury and Booth Sweet, LLP, have purged their

contempt. Accordingly, the Court quashes the arrest warrants and orders the release of Chowdhury, Sweet, and Booth.

Based on the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The arrest warrants for Sandipan Chowdhury, (Dkt. 13), Jason Sweet, (Dkt. 14), and Dan Booth, (Dkt. 15), are quashed.

2. Sandipan Chowdhury, Jason Sweet, and Dan Booth shall be released from detention.

3. The parties shall file a Stipulation of Agreement and Settlement for Judgment in case numbers 15-42460 and 16-4124 with the United States Bankruptcy Court for the District of Minnesota at or before 4:00 PM, central standard time, on May 30, 2019.

Dated: May 20, 2019

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge

2