UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AF HOLDINGS, LLC,<br><br>    *Plaintiff,*<br>v.<br><br>SANDIPAN CHOWDHURY<br><br>    *Defendant,* | )<br>)<br>)<br>)<br>) Civil Action No. 1:12-cv-12105-IT<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S NOTICE OF DISMISSAL OF CLAIMS

    Defendant Sandipan Chowdhury hereby notices dismissal of all his claims and counter claims, motions and amendments in this matter, in their entirety and with prejudice, along with any related appeals or enforcement actions.

Dated: July 9, 2019

Sandipan Chowdhury
By his attorneys

*/s/ Benjamin Brooks*
Benjamin Brooks
BBO #661763
Good Schneider Cormier & Fried
83 Atlantic Avenue
Boston, MA 02110
617-523-5933
bb@gscfboston.com

*/s/ Philip Cormier*
Philip Cormier
BBO #554515
Good Schneider Cormier & Fried
83 Atlantic Avenue
Boston, MA 02110
617-523-5933
pc@gscfboston.com

## **CERTIFICATE OF SERVICE**

I, Philip G. Cormier, do hereby certify that the above document was filed electronically via this Court's electronic case filing system ("ECF"), and will be served electronically upon the parties identified in the Notice of Electronic Filing ("NEF") this 9th day of July, 2019, and by first-class mail to:

>Paul Hansmeier
>FCI Sandstone
>2300 County Road 29
>Sandstone, MN 55072

/s/ *Philip Cormier*
Philip Cormier